ROGER M. SCHRIMP (SBN 39379)
CLINTON P. WALKER (SBN 151560)
**DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA**
1601 I Street
Fifth Floor
Modesto, CA 95354
Telephone: (209) 526-3500
Facsimile: (209) 526-3534
rschrimp@damrell.com
cwalker@damrell.com

MICHAEL P. LEHMANN (SBN 77152)
CHRISTOPHER L. LEBSOCK (SBN 184546)
JON T. KING (SBN 205073)
ARTHUR N. BAILEY (SBN 248460)
**HAUSFELD LLP**
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Tel:  (415) 633-1909
Fax:  (415) 358-4980
mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com
jking@hausfeldllp.com
abailey@hausfeldllp.com

[Additional counsel listed on signature page]

*Counsel for Plaintiff Bruce Foods Corporation and the proposed Class*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRUCE FOODS CORPORATION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SK FOODS, LP; INGOMAR PACKING COMPANY, LLC, LOS GATOS TOMATO PRODUCTS, INTRAMARK USA, INC. and RANDALL LEE RAHAL,<br><br>Defendants. | Case No. 2:09-cv-00027-MCE-EFB<br><br>**PLAINTIFF BRUCE FOODS CORPORATION'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES**<br><br>Date: March 6, 2009<br>Time: 9:00 a.m.<br>Courtroom: Dept. 7, 14th Floor |

| | | |
|---|---|---|
| 1 | FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated, | Case No. 2:08-cv-03017-MCE-EFB |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, RANDALL RAHAL, INTRAMARK USA, INCORPORATED, | |
| 6 | | |
| 7 | | |
| | Defendants. | |
| 8 | | |
| 9 | DIVERSIFIED FOODS AND SEASONINGS, individually and on behalf of all others similarly situated, | Case No. 2:08-cv-03074-MCE-EFB |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | SK FOODS L.P., INTRAMARK USA, INC., and RANDALL LEE RAHAL, | |
| 14 | | |
| | Defendants. | |
| 15 | | |
| 16 | LEONA'S PIZZERIA, INC., on behalf of itself and all others similarly situated, | Case No. 2:09-cv-00148-FCD-KJM |
| 17 | | |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | SK FOODS, L.P.; INGOMAR PACKING COMPANY; LOS GATOS TOMATO PRODUCTS; THE MORNING STAR COMPANY; MORNING STAR PACKING COMPANY; INTRAMARK USA, INC.; and RANDALL LEE RAHAL, Defendants. TOMATO PRODUCTS, INTRAMARK USA, INC. and RANDALL LEE RAHAL, | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| | Defendants. | |
| 25 | | |
| 26 | | |
| 27 | | |

- 2 -

| 28 | PLAINTIFF BRUCE FOODS CORP.'S NOTICE OF MOTION & MOTION TO CONSOLIDATE CASES | CASE NO. 2:09-CV-00027-MCE-EFB |

| | | |
|---|---|---|
| 1 | THE MORNING STAR PACKING COMPANY, a California limited partnership; LIBERTY PACKING COMPANY, LLC, a California limited liability company; CALIFORNIA FRUIT & TOMATO KITCHENS, LLC, a California limited liability company; and THE MORNING STAR COMPANY, a California corporation, | Case No. 2:09-cv00208-FCD-GGH |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Plaintiffs, | |
| 8 | v. | |
| 9 | SK FOODS, L.P., a California limited partnership; SCOTT SALYER, an individual; RANDALL RAHAL, an individual; INTRAMARK USA, INC., a New Jersey corporation; and DOES 1 through 50, inclusive, Defendants. | |
| 10 | | |
| 11 | | |
| 12 | | |

- 3 -

PLAINTIFF BRUCE FOODS CORP.'S NOTICE OF MOTION & MOTION TO CONSOLIDATE CASES        CASE NO. 2:09-CV-00027-MCE-EFB

HAUSFELD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TO: ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that on March 6, 2009, at 9:00 a.m. or as soon thereafter as counsel can be heard, at Courtroom 7 in the United States District Court for the Eastern District of California, located in Sacramento California, Plaintiff Bruce Foods Corporation will move the Court pursuant to Federal Rule of Civil Procedure 42(a) for an order consolidating the above-numbered and -entitled actions into one action under the title of *In re Processed Tomato Products Antitrust Litigation*, Civil Action No. 2:08-cv-03017-MCE-EFB.

This motion is based on the Memorandum of Law in Support of Plaintiff Bruce Foods Corporation's Motion to Consolidate Cases, the Declaration of Clinton P. Walker in Support of Plaintiff Bruce Foods Corporation's Motion to Consolidate Cases, the Court's records and files in these cases, and such other and further matters as may be presented to the Court at or before the hearing. A proposed order of the Court granting this motion is also submitted herewith.

Dated: January 23, 2009                              Respectfully submitted,

_____/s/_____
ROGER M. SCHRIMP (SBN 39379)
CLINTON P. WALKER (SBN 151560)
**DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA**
1601 I Street
Fifth Floor
Modesto, CA 95354
Telephone: (209) 526-3500
Facsimile: (209) 526-3534
rschrimp@damrell.com

MICHAEL P. LEHMANN (SBN 77152)
CHRISTOPHER L. LEBSOCK (SBN 184546)
JON T. KING (SBN 205073)
ARTHUR N. BAILEY (SBN 248460)
**HAUSFELD LLP**
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com

|  |  |
|---|---|
| 1 | jking@hausfeldllp.com |
|  | abailey@hausfeldllp.com |
| 2 |  |
|  | MICHAEL D. HAUSFELD |
| 3 | MEGAN E. JONES |
|  | HILARAY K. RATWAY |
| 4 | **HAUSFELD LLP** |
|  | 1146 19th Street, N.W. |
| 5 | 5th Floor |
|  | Washington, D.C. 20036 |
| 6 | Telephone:  (202) 579-1089 |
|  | Facsimile:  (202) 747-5713 |
| 7 | mhausfeld@hausfeldllp.com |
| 8 | GUIDO SAVERI (SBN 22349) |
|  | RICK SAVERI (SBN 173102) |
| 9 | **SAVERI & SAVERI, INC.** |
|  | 706 Sansome Street |
| 10 | San Francisco, CA 94111 |
|  | Telephone: (415) 217-6810 |
| 11 | Facsimile: (415) 217-6813 |
|  | guido@saveri.com |
| 12 | rick@saveri.com |
| 13 | CRAIG C. CORBITT (SBN 83251) |
|  | FRANCIS O. SCARPULLA (SBN 41059) |
| 14 | HENRY A. CIRILLO (SBN 131527) |
|  | **ZELLE HOFMANN VOELBEL MASON &** |
| 15 | **GETTE** |
|  | 44 Montgomery Street |
| 16 | Suite 3400 |
|  | San Francisco, CA 94104 |
| 17 | Telephone: (415) 693-0700 |
|  | Facsimile: (415) 693-0770 |
| 18 | ccorbitt@zelle.com |
|  | fscarpulla@zelle.com |
| 19 | hcirillo@zelle.com |
| 20 | ALLAN STEYER (SBN 100318) |
|  | **STEYER LOWENTHAL BOODROKAS** |
| 21 | **ALVAREZ & SMITH LLP** |
|  | One California Street |
| 22 | Third Floor |
|  | San Francisco, CA 94111 |
| 23 | Telephone: (415) 421-3400 |
|  | Facsimile: (415) 421-2234 |
| 24 | asteyer@steyerlaw.com |
| 25 | STEVEN A. KANNER |
|  | DOUGLAS A. MILLEN |
| 26 | **FREED KANNER LONDON & MILLEN LLC** |
|  | 2201 Waukegan Road |
| 27 | Suite 130 |
| 28 | |

- 2 -

PLAINTIFF BRUCE FOODS CORP.'S NOTICE OF                                   CASE NO. 2:09-CV-00027-MCE-EFB
MOTION & MOTION TO CONSOLIDATE CASES

HAUSFELD LLP
ATTORNEYS AT LAW
SAN FRANCISCO


Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
skanner@fklmlaw.com
dmillen@fklmlaw.com

STEVEN J. GREENFOGEL
**MEREDITH COHEN GREENFOGEL & SKIRNIK PC**
1521 Locust Street
8th Floor
Philadelphia, PA 19102
Telephone: (215) 564-5182
Facsimile: (215) 569-0958
sgreenfogel@mcgslaw.com

ARTHUR N. BAILEY
**ARTHUR N. BAILEY & ASSOCIATES**
111 West Second Street
Jamestown, NY 14701
Telephone: (716) 664-2967
Facsimile: (716) 664-2983
artlaw@windstream.net

BRUCE L. SIMON
**PEARSON SIMON SOTER WARSHAW PENNY LLP**
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone: (415) 433-9000
Fax: (415) 433-9008
bsimon@psswplaw.com

VINCENT J. ESADES
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Fax: (612) 338-4692

*Attorneys for Plaintiff Bruce Foods Corporation and the proposed Class*