UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
|     v. | CR. NO. S-08-566 LKK |
| RANDALL LEE RAHAL, | |
|     Defendant. | |
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
|     v. | CR. NO. S-09-035 LKK |
| ROBERT WATSON, | |
|     Defendant. | |
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
|     v. | CR. NO. S-09-040 LKK |
| JAMES RICHARD WAHL, JR., | |
|     Defendant. | |

////

```
 1  UNITED STATES OF AMERICA,
 2                Plaintiff,
 3        v.                          CR. NO. S-09-062 LKK
 4  JENNIFER LOU DAHLMAN,
 5                Defendant.          NON-RELATED CASE ORDER
 6  _____/
```

The court is in receipt of the notice of related cases filed on February 18, 2009, in which a defendant in Four In One Company, Inc. v. SK Foods, et al., Case No. 2:08-cv-3017-MCE-EFB, states that the above-captioned cases are related to Case No. 08-cv-03017-MCE-EFB, Case No. 08-cv-03074-MCE-EFB, Case No. 09-cv-000027-MCE-EFB, Case No. 09-cv-00148-MCE-EFB, Case No. 09-cv-00208-FCD-GGH, and Case No. 09-cv-00240. After review of the cases, the court concludes that they do not meet the definition of "related cases" as given by Local Rule 83-123(a) and therefore DECLINES to relate them.

IT IS SO ORDERED.

DATED: February 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT