Dale C. Campbell, State Bar No. 99173
James Kachmar, State Bar No. 216781
W. Scott Cameron, State Bar No. 229828
WEINTRAUB GENSHLEA CHEDIAK
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiffs
The Morning Star Packing Company,
Liberty Packing Company, LLC, California
Fruit & Tomato Kitchens, LLC, and
The Morning Star Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership; LIBERTY PACKING COMPANY, LLC, a California limited liability company; CALIFORNIA FRUIT & TOMATO KITCHENS, LLC, a California limited liability company; and THE MORNING STAR COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SK FOODS, L.P., a California limited partnership; SCOTT SALYER, an individual; RANDALL RAHAL, an individual; INTRAMARK USA, INC., a New Jersey corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:09-CV-00208 MCE-EFB<br><br>REVISED STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS RANDALL RAHAL AND INTRAMARK USA, INC. TO RESPOND TO COMPLAINT<br><br>[Local Rule 6-144(a)] |

/ / /

/ / /

{1116354.DOC;} 1

Revised Stip. and [Proposed] Order re Defs
Randall Rahal's and Intramark USA's Response
to Complaint

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively, "Plaintiffs") and defendants Randall Rahal ("Rahal") and Intramark USA, Inc. ("Intramark") (collectively, "Defendants"), by and through their counsel of record, hereby submit the following Stipulation and Proposed Order pursuant to Local Rule 6-144(a):

WHEREAS, Plaintiffs filed a Complaint in the above-captioned case on January 5, 2009;

WHEREAS, Defendant SK Foods, L.P. filed a motion to dismiss Plaintiffs' complaint on April 8, 2009, which is set for hearing on June 25, 2009;

WHEREAS, Defendant Scott Salyer filed a joinder in Defendant SK Foods, L.P.'s motion to dismiss on April 8, 2009;

WHEREAS, counsel for Rahal and Intramark previously accepted service of the Summons and Complaint on behalf of Rahal and Intramark in exchange for Plaintiffs' agreement to an initial extension the time for Rahal and Intramark to respond to the Complaint until April 8, 2009;

WHEREAS, this is the second extension to respond to the Complaint agreed to by Plaintiffs and Defendants in this matter, and is intended to coordinate the response date of Intramark and Rahal with the response date of SK Foods and Scott Salyer; and

WHEREAS, this second extension to respond to the Complaint will not require the modification of any dates of any matters pending before the Court or in the Court's Order Requiring Joint Status Report.

THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. Rahal and Intramark shall not contest the sufficiency of process or service of process; provided, however, that by entering into this Stipulation, Rahal and Intramark do not waive any other defense, including, but not limited to, the

PDF created with pdfFactory trial version www.pdffactory.com

defense of lack of personal or subject matter jurisdiction or improper venue; and

2. The deadline for Rahal and Intramark to respond to the Complaint shall be extended to 10 (ten) days following the Court's ruling on the pending motion to dismiss, or if appropriate, within the time permitted by the Federal Rules of Civil Procedure for responding to an amended complaint, should an amended complaint be filed by Plaintiffs.

IT IS SO STIPULATED.

Dated: April 9, 2009

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: /s/ Dale C. Campbell
Dale C. Campbell

Attorneys for Plaintiffs
The Morning Star Packing Company,
Liberty Packing Company, LLC,

California

Fruit & Tomato Kitchens, LLC, and
The Morning Star Company

Dated: April 9, 2009

WALDER, HAYDEN & BROGAN, P.A.

By: /s/ Christopher D. Adams
Christopher D. Adams

Attorneys for Defendants
Randall Rahal and Intramark USA, Inc.

ORDER

IT IS SO ORDERED.

Dated: April 14, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com