UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SK FOODS, L.P., et al., <br><br> Defendants. | No. 2:09-cv-00208-MCE-EFB <br><br><br><br> **MEMORANDUM AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 24, the United States filed an unopposed Motion to Intervene on March 25, 2009, alleging that common issues of law and fact exist between the instant case and an ongoing federal criminal investigation. Fed. R. Civ. Pro. 24(b)(1)(B). The Court agrees with the United States that intervention in the instant case, for the purpose of limiting discovery, is proper.

///

///

///

Accordingly, the Government's Motion to Intervene (Docket No. 62) is GRANTED. The United States of America, through the Antitrust Division of the U.S. Department of Justice and the U.S. Attorney's Office for the Eastern District of California, is permitted to intervene in this civil action for the purpose of seeking to limit discovery temporarily in this case. The parties and the Clerk of the Court are instructed to add the Antitrust Division of the U.S. Department of Justice and the U.S. Attorney's Office for the Eastern District of California to the service list in this case.

IT IS SO ORDERED.

Dated: May 4, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE