Dale C. Campbell, State Bar No. 99173
James Kachmar, State Bar No. 216781
W. Scott Cameron, State Bar No. 229828
WEINTRAUB GENSHLEA CHEDIAK
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiffs
The Morning Star Packing Company,
Liberty Packing Company, LLC, California
Fruit & Tomato Kitchens, LLC, and
The Morning Star Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership; LIBERTY PACKING COMPANY, LLC, a California limited liability company; CALIFORNIA FRUIT & TOMATO KITCHENS, LLC, a California limited liability company; and THE MORNING STAR COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SK FOODS, L.P., a California limited partnership; SCOTT SALYER, an individual; RANDALL RAHAL, an individual; INTRAMARK USA, INC., a New Jersey corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:09-CV-00208 MCE-EFB<br><br>STIPULATION REGARDING MODIFICATION OF THE ORDER REQUIRING JOINT STATUS REPORT; ORDER<br><br>[Local Rule 6-144(a)] |

Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively, "Plaintiffs") and defendants Randall Rahal ("Rahal"), Intramark USA,

Inc. ("Intramark") SK Foods, L.P., and Scott Salyer (collectively, "Defendants"), by and through their counsel of record, hereby submit the following Stipulation and Proposed Order pursuant to Local Rule 6-144(a):

WHEREAS, Plaintiffs filed a complaint in the above-captioned case on January 22, 2009.  Defendant SK Foods has filed a motion to dismiss the complaint, which is set for hearing on June 25, 2009.  Defendant Scott Salyer has joined in that motion;

WHEREAS, a joint status report is currently due on April 27, 2009;

WHEREAS, no modifications have yet been sought or made to the Order Requiring Joint Status Report, and no extensions have yet been granted for the time to file a joint status report;

WHEREAS, the United States has filed a motion to intervene in this matter, with the express purpose of seeking to limit discovery of the parties;

WHEREAS, the United States' motion to intervene is currently scheduled for hearing on May 13, 2009, at 2:00 p.m., in this Court;

WHEREAS, if the United States' motion to intervene is granted and the United States obtains a stay of discovery, by stipulation or by motion, the resulting stay will have significant impact on the primary subjects of the joint status report, i.e. the discovery plan and case schedule, and the parties cannot reasonably anticipate how a stay of discovery in this matter will impact the resultant discovery and case schedule unless and until such a stay is actually issued;

WHEREAS, without modification to the Order Requiring Joint Status Report, the anticipated motion by the United States to stay or otherwise limit discovery in this matter will likely require the parties to file an amended joint status report and will result in the need for substantial modification of any scheduling order issued by the Court; and

WHEREAS, this requested modification of the Order Requiring Joint Status Report seeks to avoid needless duplication of the parties' and the Court's efforts.

1  THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record and with the approval of the Court, hereby stipulate as follows:

1. The Joint Status Report in this matter will be due not later than 30 days following: (1) the denial of the United States' motion to intervene, or (2) if the United States motion to intervene is granted, the resolution of the anticipated motion by the United States to stay or otherwise limit discovery in this matter.

IT IS SO STIPULATED.

Dated: April 28, 2009            WEINTRAUB GENSHLEA CHEDIAK
                                 Law Corporation

                                 By:  /s/ Dale C. Campbell
                                      Dale C. Campbell
                                      Attorneys for Plaintiffs
                                      The Morning Star Packing Company,
                                      Liberty Packing Company, LLC,
California                            Fruit & Tomato Kitchens, LLC, and
                                      The Morning Star Company

Dated: April 28, 2009            WALDER, HAYDEN & BROGAN, P.A.

                                 By:  /s/ Christopher D. Adams
                                      Christopher D. Adams
                                      Attorneys for Defendants
                                      Randall Rahal and Intramark USA, Inc.

Dated: April 28, 2009            WINSTON & STRAWN LLP

                                 By:  /s/ Patrick M. Ryan
                                      Patrick M. Ryan
                                      Attorneys for Defendant
                                      SK Foods, L.P.

Dated: April 28, 2009            SEGAL & KIRBY LLP

{1116366.DOC;}                   3                    Stip. and [Proposed] Order re Modification of
                                                      Order Requiring Joint Status Report

By:   /s/ Malcolm S. Segal

      Malcolm S. Segal
      Attorneys for Defendant
      Scott Salyer

## ORDER

The Docket in this matter indicates that the United States' Motion to Intervene was in fact granted on May 5, 2009 for purposes of temporarily limiting discovery in this matter pending the outcome on an ongoing criminal investigation in this matter. Accordingly, pursuant to the above stipulation of the parties, a Joint Status Report in the case is due not later than thirty (30) days after the United States' anticipated motion to stay or otherwise limit discovery has been adjudicated.

IT IS SO ORDERED.

DATED: June 11, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE