Dale C. Campbell, State Bar No. 99173
James Kachmar, State Bar No. 216781
W. Scott Cameron, State Bar No. 229828
WEINTRAUB GENSHLEA CHEDIAK
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiffs
The Morning Star Packing Company,
Liberty Packing Company, LLC, California
Fruit & Tomato Kitchens, LLC, and
The Morning Star Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership; LIBERTY PACKING COMPANY, LLC, a California limited liability company; CALIFORNIA FRUIT & TOMATO KITCHENS, LLC, a California limited liability company; and THE MORNING STAR COMPANY, a California corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SK FOODS, L.P., a California limited partnership; SCOTT SALYER, an individual; RANDALL RAHAL, an individual; INTRAMARK USA, INC., a New Jersey corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:09-CV-00208 MCE-EFB<br><br>STIPULATION AND ORDER RE EXTENSION OF TIME FOR FILING OF AMENDED COMPLAINT AND TO RESPOND TO AMENDED COMPLAINT |

/ / /

/ / /

{1175305.DOC;}  1  Stip. and [Proposed] Order re Ext. of Time to File Amended Cmplt. and Ext. of Time to Resp. to Amended Cmplt.

Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit and Tomato Kitchens, LLC and The Morning Star Company (collectively, "Plaintiffs") and defendant Scott Salyer ("Salyer"), by and through their counsel of record, hereby submit the following stipulation and proposed order to extend the time for Plaintiffs to file an amended complaint and to extend the time for Salyer to respond to Plaintiffs' amended complaint.

WHEREAS, Plaintiffs filed a complaint in the above-captioned case on January 22, 2009.

WHEREAS, an involuntary bankruptcy proceeding was filed against defendant SK Foods, LP ("SK Foods") on May 5, 2009 (United States Bankruptcy Court, Eastern District of California, Case No. 09-28956-D-11).  SK Foods filed a voluntary bankruptcy petition on May 7, 2009 (United States Bankruptcy Court, Eastern District of California, Case No. 09-29162-D-11).  Notice of the automatic stay was filed in this Court on May 11, 2009.

WHERAS, prior to filing bankruptcy, SK Foods and Salyer had filed a motion to dismiss on April 8, 2009, the hearing of which was continued by the Court in granting the parties' Stipulation on June 11, 2009 to September 24, 2009.

WHEREAS, the Court, on June 11, 2009, also stayed all discovery in this action;

WHERAS, the automatic stay provisions has caused some uncertainty regarding Plaintiffs' ability to file an opposition to SK Foods' motion to dismiss as well as to cure any defects by the filing of an amended complaint.  The parties stipulated on September 17, 2009 to continue the hearing on defendants SK Foods' and Salyer's motion to dismiss for an additional 90 days.

WHEREAS, on September 23, 2009, the Court issued its Minute Order denying defendants' motions to dismiss without prejudice to their being re-filed and set for hearing on December 17, 2009 or such later time as the parties may agree.

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, Salyer re-filed his motion to dismiss complaint on November 11, 2009 and set his motion for hearing on December 17, 2009.

WHEREAS, on November 13, 2009, the Court *sua sponte* vacated the hearing on Salyer's motion to dismiss and advanced the hearing to December 10, 2009.

WHEREAS, on November 24, 2009, Plaintiffs and Salyer agreed to vacate the hearing of Salyer's motion to dismiss currently scheduled for December 10, 2009 so that Plaintiffs may file an amended complaint as is permitted as a matter of course under Rule 15(a)(1)(A) of the Federal Rules of Civil Procedure and thereby render Salyer's motion to dismiss moot.  Plaintiffs and Salyer also stipulated to extend the time for Salyer to answer or otherwise respond to the amended complaint.

WHEREAS, on December 8, 2009, the Court issued its Order (Dckt. # 95) granting the parties' stipulation and:  (1) vacated the December 10, 2009 hearing of Salyer's motion to dismiss; (2) granted Plaintiffs' leave to file an amended complaint by December 31, 2009; and (3) extended the time for Salyer to answer or otherwise respond to the amended complaint to February 5, 2010.

WHEREAS, on January 5, 2010, the Court issued its Order (Dckt. # 97) granting the parties stipulation and: (1) extended the time for Plaintiffs' to file an amended complaint until January 21, 2010; and (2) extended the time for Salyer to answer or otherwise respond to the amended complaint to February 26, 2010.

THEREFORE, Plaintiffs and Salyer, by and through their counsel of record, hereby stipulate as follows:

1.   Plaintiffs shall have until January 29, 2010 in which to file an amended complaint; and

2.   Salyer shall have until March 10, 2010 in which to answer or otherwise respond to Plaintiffs' amended complaint.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated: January 21, 2010    WEINTRAUB GENSHLEA CHEDIAK
                           Law Corporation

                           By: /s/ James Kachmar

                           James Kachmar
                           Attorneys for Plaintiffs
                           The Morning Star Packing Company,
                           Liberty Packing Company, LLC,
California
                           Fruit & Tomato Kitchens, LLC, and
                           The Morning Star Company

Dated: January 21, 2010    SEGAL & KIRBY LLP

                           By: /s/ Malcolm S. Segal

                           Malcolm S. Segal
                           Attorneys for Defendant Scott Salyer

                           ORDER

IT IS SO ORDERED.

Dated: January 25, 2010

                           _____
                           MORRISON C. ENGLAND, JR.
                           UNITED STATES DISTRICT JUDGE

{1175305.DOC;}    4    Stip. and [Proposed] Order re Ext. of Time to File Amended Cmplt. and Ext. of Time to Resp. to Amended Cmplt.

PDF created with pdfFactory trial version www.pdffactory.com