1  MALCOLM S. SEGAL - 075481
   JAMES P. MAYO - 169897
2  **SEGAL & KIRBY LLP**
   770 L Street, Suite 1440
3  Sacramento, CA  95814
   Telephone: (916) 441-0828
4  Facsimile: (916) 446-6003
   msegal@segalandkirby.com
5  jmayo@segalandkirby.com

6
   Attorneys for Defendant
7  SCOTT SALYER

8

9           IN THE UNITED STATES DISTRICT COURT FOR THE

10                EASTERN DISTRICT OF CALIFORNIA

11

12
   THE MORNING STAR PACKING          CASE NO: 2:09-CV-00208 MCE-EFB
13 COMPANY, a California limited
   partnership, LIBERTY PACKING       **DEFENDANT SCOTT SALYER'S**
14 COMPANY, LLC, a California limited **ANSWER TO PLAINTIFFS' FIRST**
   liability company; CALIFORNIA FRUIT & **AMENDED COMPLAINT**
15 TOMATO KITCHENS, LLC, a California
   limited company; and THE
16 MORNING STAR COMPANY, a
   California corporation,
17                                    **DEMAND FOR JURY TRIAL**
                   Plaintiffs,
18
          v.
19
   SK FOODS, L.P., a California limited
20 partnership; SK PM CORPORATION, a
   California corporation; SCOTT SALYER,
21 an individual; RANDALL RAHAL, an
   individual; INTRAMARK USA, INC., a
22 New Jersey corporation; INGOMAR
   PACKING COMPANY, LLC, a California
23 limited liability company; GREG
   PRUETT, an individual; LOS GATOS
24 TOMATO PRODUCTS; STUART
   WOOLF, an individual; ALAN HUEY, an
25 individual; and DOES 1 through 50,
   inclusive,
26
                   Defendants.
27 _____/

28

DEFENDANT SCOTT SALYER'S ANSWER TO FIRST AMENDED COMPLAINT

1    Defendant SCOTT SALYER (Mr. "SALYER") by and through undersigned

2    counsel, hereby files his Answer to Plaintiffs' First Amended Complaint (the

3    "Complaint"), filed January 29, 2010, admitting, denying, or otherwise averring as

4    follows:

5                    **JURISDICTION AND VENUE**

6    1.    Paragraph 1 consists of legal conclusions and Plaintiffs' characterization

7    of this action, to which no response is required.  To the extent a response is required

8    and the allegations contained in Paragraph 1 are directed to Mr. SALYER,  Mr. SALYER

9    admits, without conceding the validity of Plaintiffs' claims, that Plaintiffs purport to bring

10   their action under the statutes cited in paragraph 1 of the Complaint.  Mr. SALYER

11   further admits that Plaintiffs purport to invoke the jurisdiction of this Court under 28

12   U.S.C. §§ 1331 and 1367, and that Plaintiffs purport to establish venue in this Court

13   under 29 U.S.C. § 1391(b).  Mr. SALYER, as the defendant in a pending criminal

14   indictment (*United States v. Frederick Scott Salyer* – EDCA Case No. 10-CR-0061-

15   LKK), declines to respond to the remainder of this paragraph and hereby asserts his

16   right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

17   United States because a response would require him to provide information that may

18   tend to incriminate him.  See e.g., *National Acceptance Co. of America, Inc. v.*

19   *Bathalter*, 705 F.2d 924, 927 (7th Cir. 1983) ("[T]he defendant's claims of privilege in his

20   amended answer will be treated as equivalent to specific denials."); *Rogers v. Webster*,

21   776 F.2d 607, 610 (6th Cir. 1985) ("[W]hen a defendant in a civil proceeding invokes

22   properly his Fifth Amendment privilege against compulsory self-incrimination in lieu of

23   answering the averments contained in the pleading of his adversary, the District Court

24   should treat his claim of privilege as the equivalent of a specific denial and put the

25   plaintiff to his proof of the matter covered by the 'denial'.")

26   ///

27   ///

28   ///

1

## THE PARTIES

2

### Plaintiffs

3      2.      To the extent a response is required and the allegations contained in

4    Paragraph 2 are directed to Mr. SALYER, Mr. SALYER declines to respond to the

5    entirety of this Paragraph and hereby asserts his right against self-incrimination

6    pursuant to the Fifth Amendment to the Constitution of the United States because a

7    response would require him to provide information that may tend to incriminate him.

8      3.      To the extent a response is required and the allegations contained in

9    Paragraph 3 are directed to Mr. SALYER, Mr. SALYER declines to respond to the

10    entirety of this Paragraph and hereby asserts his right against self-incrimination

11    pursuant to the Fifth Amendment to the Constitution of the United States because a

12    response would require him to provide information that may tend to incriminate him.

13      4.      To the extent a response is required and the allegations contained in

14    Paragraph 4 are directed to Mr. SALYER, Mr. SALYER declines to respond to the

15    entirety of this Paragraph and hereby asserts his right against self-incrimination

16    pursuant to the Fifth Amendment to the Constitution of the United States because a

17    response would require him to provide information that may tend to incriminate him.

18      5.      To the extent a response is required and the allegations contained in

19    Paragraph 5 are directed to Mr. SALYER, Mr. SALYER declines to respond to the

20    entirety of this Paragraph and hereby asserts his right against self-incrimination

21    pursuant to the Fifth Amendment to the Constitution of the United States because a

22    response would require him to provide information that may tend to incriminate him.

23

### Defendants

24      6.      To the extent a response is required and the allegations contained in

25    Paragraph 6 are directed to Mr. SALYER,  Mr. SALYER admits based on public records

26    of the Bankruptcy Court that SK Foods LP is a limited partnership, and that it filed for

27    bankruptcy on or about May 7, 2009.  Mr. SALYER declines to respond to the remainder

28    of this Paragraph and hereby asserts his right against self-incrimination pursuant to the

Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

7.     To the extent a response is required and the allegations contained in Paragraph 7 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

8.     Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

9.     To the extent a response is required and the allegations contained in Paragraph 9 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

10.     To the extent a response is required and the allegations contained in Paragraph 10 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

11.     To the extent a response is required and the allegations contained in Paragraph 11 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

12.     To the extent a response is required and the allegations contained in Paragraph 12 are directed to Mr. SALYER, Mr. SALYER declines to respond to the

1  entirety of this Paragraph and hereby asserts his right against self-incrimination

2  pursuant to the Fifth Amendment to the Constitution of the United States because a

3  response would require him to provide information that may tend to incriminate him.

4         13.    To the extent a response is required and the allegations contained in

5  Paragraph 13 are directed to Mr. SALYER, Mr. SALYER declines to respond to the

6  entirety of this Paragraph and hereby asserts his right against self-incrimination

7  pursuant to the Fifth Amendment to the Constitution of the United States because a

8  response would require him to provide information that may tend to incriminate him.

9         14.    To the extent a response is required and the allegations contained in

10  Paragraph 14 are directed to Mr. SALYER, Mr. SALYER declines to respond to the

11  entirety of this Paragraph and hereby asserts his right against self-incrimination

12  pursuant to the Fifth Amendment to the Constitution of the United States because a

13  response would require him to provide information that may tend to incriminate him.

14         15.    To the extent a response is required and the allegations contained in

15  Paragraph 15 are directed to Mr. SALYER, Mr. SALYER declines to respond to the

16  entirety of this Paragraph and hereby asserts his right against self-incrimination

17  pursuant to the Fifth Amendment to the Constitution of the United States because a

18  response would require him to provide information that may tend to incriminate him.

19         16.    Paragraph 16 consists of Plaintiffs' characterization of this action and the

20  parties, to which no response is required.  To the extent a response is required and the

21  allegations contained in Paragraph 16 are directed to Mr. SALYER,  Mr. SALYER

22  declines to respond to the entirety of this Paragraph and hereby asserts his right against

23  self-incrimination pursuant to the Fifth Amendment to the Constitution of the United

24  States because a response would require him to provide information that may tend to

25  incriminate him.

26         17.    Paragraph 17 consists of legal conclusions and Plaintiffs' characterization

27  of this action, to which no response is required.  To the extent a response is required

28  and the allegations contained in Paragraph 17 are directed to Mr. SALYER,  Mr.

1  SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

2  right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

3  United States because a response would require him to provide information that may

4  tend to incriminate him.

5       18.    Paragraph 18 consists of legal conclusions and Plaintiffs' characterization

6  of this action, to which no response is required.  To the extent a response is required

7  and the allegations contained in Paragraph 18 are directed to Mr. SALYER,  Mr.

8  SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

9  right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

10  United States because a response would require him to provide information that may

11  tend to incriminate him.

12  **The Processed Tomato Industry**

13       19.    Mr. SALYER declines to respond to the entirety of this Paragraph and

14  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

15  Constitution of the United States because a response would require him to provide

16  information that may tend to incriminate him.

17       20.    Mr. SALYER declines to respond to the entirety of this Paragraph and

18  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

19  Constitution of the United States because a response would require him to provide

20  information that may tend to incriminate him.

21       21.    Mr. SALYER declines to respond to the entirety of this Paragraph and

22  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

23  Constitution of the United States because a response would require him to provide

24  information that may tend to incriminate him.

25       22.    Mr. SALYER declines to respond to the entirety of this Paragraph and

26  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

27  Constitution of the United States because a response would require him to provide

28  information that may tend to incriminate him.

23.    Paragraph 23 consists of Plaintiffs' legal conclusions to which no response is required.  To the extent a response is required and the allegations contained in Paragraph 23 are directed to Mr. SALYER,  Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

24.    Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

25.    Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

26.    Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

27.    Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

28.    Paragraph 28 consists of Plaintiffs' legal conclusions to which no response is required.  To the extent a response is required and the allegations contained in Paragraph 28 are directed to Mr. SALYER,  Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

1 || **SK Defendants' Scheme Involving Commercial Bribery**

2 ||       29.     Mr. SALYER admits, without conceding the validity of the government's

3 || claims, that it filed the referenced forfeiture action as alleged.  Paragraph 29 consists of

4 || Plaintiffs' legal conclusions and cross-reference to document(s) in the public domain

5 || which speak for themselves and to which no response is required.  To the extent a

6 || response is required and the allegations contained in Paragraph 29 are directed to Mr.

7 || SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby

8 || asserts his right against self-incrimination pursuant to the Fifth Amendment to the

9 || Constitution of the United States because a response would require him to provide

10 || information that may tend to incriminate him.

11 ||       30.     Mr. SALYER admits that the government filed the declaration of Special

12 || Agent Paul S. Artley as alleged and that the government's investigation is ongoing.

13 || Paragraph 30 consists of Plaintiffs' legal conclusions and cross-reference to

14 || document(s) in the public domain which speak for themselves and to which no response

15 || is required.  To the extent a response is required and the allegations contained in

16 || Paragraph 30 are directed to Mr. SALYER, Mr. SALYER declines to respond to the

17 || entirety of this Paragraph and hereby asserts his right against self-incrimination

18 || pursuant to the Fifth Amendment to the Constitution of the United States because a

19 || response would require him to provide information that may tend to incriminate him.

20 ||       31.     Mr. SALYER declines to respond to the entirety of this Paragraph and

21 || hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

22 || Constitution of the United States because a response would require him to provide

23 || information that may tend to incriminate him.

24 ||       32.     Paragraph 32 consists of legal conclusions and Plaintiffs' characterization

25 || of this action, and cross-references document(s) in the public domain which speak for

26 || themselves and to which no response is required.  To the extent a response is required

27 || and the allegations contained in Paragraph 32 are directed to Mr. SALYER, Mr.

28 || SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

1   right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

2   United States because a response would require him to provide information that may

3   tend to incriminate him.

4          33.   Paragraph 33 consists of legal conclusions and Plaintiffs' characterization

5   of this action, and cross-references document(s) in the public domain which speak for

6   themselves and to which no response is required.  To the extent a response is required

7   and the allegations contained in Paragraph 33 are directed to Mr. SALYER, Mr.

8   SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

9   right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

10  United States because a response would require him to provide information that may

11  tend to incriminate him.

12         34.   Paragraph 34 consists of legal conclusions and Plaintiffs' characterization

13  of this action, and cross-references document(s) in the public domain which speak for

14  themselves and to which no response is required.  To the extent a response is required

15  and the allegations contained in Paragraph 34 are directed to Mr. SALYER, Mr.

16  SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

17  right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

18  United States because a response would require him to provide information that may

19  tend to incriminate him.

20         35.   Paragraph 35 consists of cross-references document(s) in the public

21  domain which speak for themselves and to which no response is required.  To the extent

22  a response is required and the allegations contained in Paragraph 35 are directed to Mr.

23  SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby

24  asserts his right against self-incrimination pursuant to the Fifth Amendment to the

25  Constitution of the United States because a response would require him to provide

26  information that may tend to incriminate him.

27         36.   Paragraph 36 consists of cross-references document(s) in the public

28  domain which speak for themselves and to which no response is required.  To the extent

1    a response is required and the allegations contained in Paragraph 36 are directed to Mr.

2    SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby

3    asserts his right against self-incrimination pursuant to the Fifth Amendment to the

4    Constitution of the United States because a response would require him to provide

5    information that may tend to incriminate him.

6         37.    Paragraph 37 consists of legal conclusions and Plaintiffs' characterization

7    of this action, to which no response is required.  To the extent a response is required

8    and the allegations contained in Paragraph 37 are directed to Mr. SALYER, Mr.

9    SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

10    right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

11    United States because a response would require him to provide information that may

12    tend to incriminate him.

13         38.    Paragraph 38 consists of legal conclusions and Plaintiffs' characterization

14    of this action, and cross-references document(s) in the public domain which speak for

15    themselves and to which no response is required.  To the extent a response is required

16    and the allegations contained in Paragraph 38 are directed to Mr. SALYER, Mr.

17    SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

18    right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

19    United States because a response would require him to provide information that may

20    tend to incriminate him.

21         39.    Paragraph 39 consists of legal conclusions and Plaintiffs' characterization

22    of this action, and cross-references document(s) in the public domain which speak for

23    themselves and to which no response is required.  To the extent a response is required

24    and the allegations contained in Paragraph 39 are directed to Mr. SALYER, Mr.

25    SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

26    right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

27    United States because a response would require him to provide information that may

28    tend to incriminate him.

1         40.    Mr. SALYER declines to respond to the entirety of this Paragraph and

2   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

3   Constitution of the United States because a response would require him to provide

4   information that may tend to incriminate him.

5         41.    Paragraph 41 consists of Plaintiffs' cross-reference to document(s) in the

6   public domain which speak for themselves.  To the extent a response is required and the

7   allegations contained in Paragraph 41 are directed to Mr. SALYER, Mr. SALYER

8   declines to respond to the entirety of this Paragraph and hereby asserts his right against

9   self-incrimination pursuant to the Fifth Amendment to the Constitution of the United

10  States because a response would require him to provide information that may tend to

11  incriminate him.

12        42.    Mr. SALYER declines to respond to the entirety of this Paragraph and

13  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

14  Constitution of the United States because a response would require him to provide

15  information that may tend to incriminate him.

16        43.    Paragraph 43 consists of Plaintiffs' cross-reference to document(s) in the

17  public domain which speak for themselves and to which no response is required.  To the

18  extent a response is required and the allegations contained in Paragraph 43 are directed

19  to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

20  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

21  Constitution of the United States because a response would require him to provide

22  information that may tend to incriminate him.

23        44.    Mr. SALYER declines to respond to the entirety of this Paragraph and

24  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

25  Constitution of the United States because a response would require him to provide

26  information that may tend to incriminate him.

27        45.    Paragraph 45 consists of Plaintiffs' cross-reference to document(s) in the

28  public domain which speak for themselves and to which no response is required.  To the

DEFENDANT SCOTT SALYER'S ANSWER TO FIRST AMENDED COMPLAINT

1   extent a response is required and the allegations contained in Paragraph 45 are directed

2   to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

3   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

4   Constitution of the United States because a response would require him to provide

5   information that may tend to incriminate him.

6       46.   Paragraph 46 consists of Plaintiffs' cross-reference to document(s) in the

7   public domain which speak for themselves and to which no response is required.  To the

8   extent a response is required and the allegations contained in Paragraph 46 are directed

9   to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

10  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

11  Constitution of the United States because a response would require him to provide

12  information that may tend to incriminate him.

13      47.   Paragraph 47 consists of Plaintiffs' cross-reference to document(s) in the

14  public domain which speak for themselves and to which no response is required.  To the

15  extent a response is required and the allegations contained in Paragraph 47 are directed

16  to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

17  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

18  Constitution of the United States because a response would require him to provide

19  information that may tend to incriminate him.

20      48.   Mr. SALYER declines to respond to the entirety of this Paragraph and

21  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

22  Constitution of the United States because a response would require him to provide

23  information that may tend to incriminate him.

24      49.   Paragraph 49 consists of Plaintiffs' cross-reference to document(s) in the

25  public domain which speak for themselves and to which no response is required.  To the

26  extent a response is required and the allegations contained in Paragraph 49 are directed

27  to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

28  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

1  Constitution of the United States because a response would require him to provide

2  information that may tend to incriminate him.

3      50.    Paragraph 50 consists of Plaintiffs' cross-reference to document(s) in the

4  public domain which speak for themselves and to which no response is required.  To the

5  extent a response is required and the allegations contained in Paragraph 50 are directed

6  to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

7  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

8  Constitution of the United States because a response would require him to provide

9  information that may tend to incriminate him.

10     51.    Paragraph 51 consists of Plaintiffs' cross-reference to document(s) in the

11 public domain which speak for themselves and to which no response is required.  To the

12 extent a response is required and the allegations contained in Paragraph 51 are directed

13 to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

14 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

15 Constitution of the United States because a response would require him to provide

16 information that may tend to incriminate him.

17     52.    Mr. SALYER declines to respond to the entirety of this Paragraph and

18 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

19 Constitution of the United States because a response would require him to provide

20 information that may tend to incriminate him.

21     53.    Mr. SALYER declines to respond to the entirety of this Paragraph and

22 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

23 Constitution of the United States because a response would require him to provide

24 information that may tend to incriminate him.

25     54.    Paragraph 54 consists of Plaintiffs' cross-reference to document(s) in the

26 public domain which speak for themselves and to which no response is required.  To the

27 extent a response is required and the allegations contained in Paragraph 54 are directed

28 to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

DEFENDANT SCOTT SALYER'S ANSWER TO FIRST AMENDED COMPLAINT

1   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

2   Constitution of the United States because a response would require him to provide

3   information that may tend to incriminate him.

4           55.     Paragraph 55 consists of Plaintiffs' cross-reference to document(s) in the

5   public domain which speak for themselves and to which no response is required.  To the

6   extent a response is required and the allegations contained in Paragraph 55 are directed

7   to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

8   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

9   Constitution of the United States because a response would require him to provide

10  information that may tend to incriminate him.

11          56.     Paragraph 56 consists of Plaintiffs' cross-reference to document(s) in the

12  public domain which speak for themselves and to which no response is required.  To the

13  extent a response is required and the allegations contained in Paragraph 56 are directed

14  to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

15  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

16  Constitution of the United States because a response would require him to provide

17  information that may tend to incriminate him.

18          57.     Paragraph 57 consists of Plaintiffs' cross-reference to document(s) in the

19  public domain which speak for themselves and to which no response is required.  To the

20  extent a response is required and the allegations contained in Paragraph 57 are directed

21  to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

22  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

23  Constitution of the United States because a response would require him to provide

24  information that may tend to incriminate him.

25          58.     Paragraph 58 consists of Plaintiffs' cross-reference to document(s) in the

26  public domain which speak for themselves and to which no response is required.  To the

27  extent a response is required and the allegations contained in Paragraph 58 are directed

28  to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

1   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

2   Constitution of the United States because a response would require him to provide

3   information that may tend to incriminate him.

4         59.     Paragraph 59 consists of Plaintiffs' cross-reference to document(s) in the

5   public domain which speak for themselves and to which no response is required.  To the

6   extent a response is required and the allegations contained in Paragraph 59 are directed

7   to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

8   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

9   Constitution of the United States because a response would require him to provide

10   information that may tend to incriminate him.

11         60.     Paragraph 60 consists of Plaintiffs' cross-reference to document(s) in the

12   public domain which speak for themselves and to which no response is required.  To the

13   extent a response is required and the allegations contained in Paragraph 60 are directed

14   to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

15   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

16   Constitution of the United States because a response would require him to provide

17   information that may tend to incriminate him.

18         61.     Paragraph 61 consists of Plaintiffs' cross-reference to document(s) in the

19   public domain which speak for themselves and to which no response is required.  To the

20   extent a response is required and the allegations contained in Paragraph 61 are directed

21   to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and

22   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

23   Constitution of the United States because a response would require him to provide

24   information that may tend to incriminate him.

25         62.     Mr. SALYER declines to respond to the entirety of this Paragraph and

26   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

27   Constitution of the United States because a response would require him to provide

28   information that may tend to incriminate him.

63.      Paragraph 63 consists of Plaintiffs' cross-reference to document(s) in the public domain which speak for themselves and to which no response is required.  To the extent a response is required and the allegations contained in Paragraph 63 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

64.      Paragraph 64 consists of Plaintiffs' cross-reference to document(s) in the public domain which speak for themselves and to which no response is required.  To the extent a response is required and the allegations contained in Paragraph 64 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

65.      Paragraph 65 consists of Plaintiffs' cross-reference to document(s) in the public domain which speak for themselves and to which no response is required.  To the extent a response is required and the allegations contained in Paragraph 65 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

66.      Paragraph 66 consists of Plaintiffs' cross-reference to document(s) in the public domain which speak for themselves and to which no response is required.  To the extent a response is required and the allegations contained in Paragraph 66 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

DEFENDANT SCOTT SALYER'S ANSWER TO FIRST AMENDED COMPLAINT

67. Paragraph 67 consists of Plaintiffs' cross-reference to document(s) in the public domain which speak for themselves and to which no response is required. To the extent a response is required and the allegations contained in Paragraph 67 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

68. Paragraph 68 consists of Plaintiffs' cross-reference to document(s) in the public domain which speak for themselves and to which no response is required. To the extent a response is required and the allegations contained in Paragraph 68 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

69. Paragraph 69 consists of Plaintiffs' cross-reference to document(s) in the public domain which speak for themselves and to which no response is required. To the extent a response is required and the allegations contained in Paragraph 69 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

70. Paragraph 70 consists of Plaintiffs' cross-reference to document(s) in the public domain which speak for themselves and to which no response is required. To the extent a response is required and the allegations contained in Paragraph 70 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

**Price-Fixing Through CTEG**

71.     Paragraph 71 consists of legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent a response is required and the allegations contained in Paragraph 71 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

72.     Paragraph 72 consists of legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent a response is required and the allegations contained in Paragraph 72 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

73.     Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

74.     Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

75.     Paragraph 75 consists of legal conclusions and Plaintiffs' characterization of this action, to which no response is required.  To the extent a response is required and the allegations contained in Paragraph 75 are directed to Mr. SALYER, Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

1   United States because a response would require him to provide information that may

2   tend to incriminate him.

3   **CTEG Is Formed**

4   76.   Paragraph 76 consists of legal conclusions and Plaintiffs' characterization

5   of this action, to which no response is required.  To the extent a response is required

6   and the allegations contained in Paragraph 76 are directed to Mr. SALYER, Mr.

7   SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

8   right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

9   United States because a response would require him to provide information that may

10  tend to incriminate him.

11  77.   Mr. SALYER declines to respond to the entirety of this Paragraph and

12  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

13  Constitution of the United States because a response would require him to provide

14  information that may tend to incriminate him.

15  78.   Mr. SALYER declines to respond to the entirety of this Paragraph and

16  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

17  Constitution of the United States because a response would require him to provide

18  information that may tend to incriminate him.

19  79.   Paragraph 79 consists of legal conclusions and Plaintiffs' characterization

20  of this action, to which no response is required.  To the extent a response is required

21  and the allegations contained in Paragraph 79 are directed to Mr. SALYER, Mr.

22  SALYER declines to respond to the entirety of this Paragraph, including subparts (a) -

23  (c), and hereby asserts his right against self-incrimination pursuant to the Fifth

24  Amendment to the Constitution of the United States because a response would require

25  him to provide information that may tend to incriminate him.

26  80.   Mr. SALYER declines to respond to the entirety of this Paragraph and

27  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

28  Constitution of the United States because a response would require him to provide

1  information that may tend to incriminate him.

2      81.    Mr. SALYER declines to respond to the entirety of this Paragraph and

3  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

4  Constitution of the United States because a response would require him to provide

5  information that may tend to incriminate him.

6      82.    Mr. SALYER declines to respond to the entirety of this Paragraph and

7  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

8  Constitution of the United States because a response would require him to provide

9  information that may tend to incriminate him.

10     83.    Mr. SALYER declines to respond to the entirety of this Paragraph and

11  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

12  Constitution of the United States because a response would require him to provide

13  information that may tend to incriminate him.

14     84.    Paragraph 84 consists of legal conclusions and Plaintiffs' characterization

15  of this action, and cross-references document(s) in the public domain which speak for

16  themselves and to which no response is required.  To the extent a response is required

17  and the allegations contained in Paragraph 84 are directed to Mr. SALYER, Mr.

18  SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

19  right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

20  United States because a response would require him to provide information that may

21  tend to incriminate him.

22      **Equitable Tolling and Fraudulent Concealment**

23     85.    Paragraph 85 consists of legal conclusions and Plaintiffs' characterization

24  of this action, to which no response is required.  To the extent a response is required

25  and the allegations contained in Paragraph 85 are directed to Mr. SALYER, Mr.

26  SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

27  right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

28  United States because a response would require him to provide information that may

1   tend to incriminate him.

2          86.     Paragraph 86 consists of legal conclusions and Plaintiffs' characterization

3   of this action, to which no response is required.  To the extent a response is required

4   and the allegations contained in Paragraph 86 are directed to Mr. SALYER, Mr.

5   SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

6   right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

7   United States because a response would require him to provide information that may

8   tend to incriminate him.

9          87.     Mr. SALYER declines to respond to the entirety of this Paragraph and

10   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

11   Constitution of the United States because a response would require him to provide

12   information that may tend to incriminate him.

13          88.     Paragraph 88 consists of legal conclusions and Plaintiffs' characterization

14   of this action, to which no response is required.  To the extent a response is required

15   and the allegations contained in Paragraph 88 are directed to Mr. SALYER, Mr.

16   SALYER declines to respond to the entirety of this Paragraph and hereby asserts his

17   right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the

18   United States because a response would require him to provide information that may

19   tend to incriminate him.

20                        **FIRST CLAIM FOR RELIEF**

21          **Violations Of The Robinson-Patman Act, 15 U.S.C. § 13(c)**

22          89.     Mr. SALYER declines to respond to the entirety of this Paragraph and

23   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

24   Constitution of the United States because a response would require him to provide

25   information that may tend to incriminate him.

26          90.     Mr. SALYER declines to respond to the entirety of this Paragraph and

27   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

28   Constitution of the United States because a response would require him to provide

1  information that may tend to incriminate him.

2  91.   Mr. SALYER declines to respond to the entirety of this Paragraph and

3  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

4  Constitution of the United States because a response would require him to provide

5  information that may tend to incriminate him.

6  92.   Mr. SALYER declines to respond to the entirety of this Paragraph and

7  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

8  Constitution of the United States because a response would require him to provide

9  information that may tend to incriminate him.

10  93.   Mr. SALYER declines to respond to the entirety of this Paragraph and

11  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

12  Constitution of the United States because a response would require him to provide

13  information that may tend to incriminate him.

14  94.   Mr. SALYER declines to respond to the entirety of this Paragraph and

15  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

16  Constitution of the United States because a response would require him to provide

17  information that may tend to incriminate him.

18  **SECOND CLAIM FOR RELIEF**

19  **Violations Of The Sherman Act, 15 U.S.C. § 1**

20  95.   Mr. SALYER declines to respond to the entirety of this Paragraph and

21  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

22  Constitution of the United States because a response would require him to provide

23  information that may tend to incriminate him.

24  96.   Mr. SALYER declines to respond to the entirety of this Paragraph and

25  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

26  Constitution of the United States because a response would require him to provide

27  information that may tend to incriminate him.

28  ///

1        97.     Mr. SALYER declines to respond to the entirety of this Paragraph and

2   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

3   Constitution of the United States because a response would require him to provide

4   information that may tend to incriminate him.

5        98.     Mr. SALYER declines to respond to the entirety of this Paragraph and

6   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

7   Constitution of the United States because a response would require him to provide

8   information that may tend to incriminate him.

9        99.     Mr. SALYER declines to respond to the entirety of this Paragraph and

10  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

11  Constitution of the United States because a response would require him to provide

12  information that may tend to incriminate him.

13       100.    Mr. SALYER declines to respond to the entirety of this Paragraph and

14  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

15  Constitution of the United States because a response would require him to provide

16  information that may tend to incriminate him.

17       101.    Mr. SALYER declines to respond to the entirety of this Paragraph and

18  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

19  Constitution of the United States because a response would require him to provide

20  information that may tend to incriminate him.

21                              **THIRD CLAIM FOR RELIEF**

22                      **Violations Of RICO, 18 U.S.C. § 1962(c)**

23       102.    Mr. SALYER declines to respond to the entirety of this Paragraph and

24  hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

25  Constitution of the United States because a response would require him to provide

26  information that may tend to incriminate him.

27  ///

28  ///

1    **The RICO Enterprise**

2    103.   Mr. SALYER declines to respond to the entirety of this Paragraph and

3 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

4 Constitution of the United States because a response would require him to provide

5 information that may tend to incriminate him.

6    **Pattern of Racketeering Activity**

7    **Violations of California Penal Code Section 641.3, Commercial Bribery**

8    104.   Mr. SALYER declines to respond to the entirety of this Paragraph and

9 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

10 Constitution of the United States because a response would require him to provide

11 information that may tend to incriminate him.

12    **Violations of the Travel Act, 18 U.S.C. § 1952**

13    105.   Mr. SALYER declines to respond to the entirety of this Paragraph and

14 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

15 Constitution of the United States because a response would require him to provide

16 information that may tend to incriminate him.

17    106.   Mr. SALYER declines to respond to the entirety of this Paragraph and

18 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

19 Constitution of the United States because a response would require him to provide

20 information that may tend to incriminate him.

21    **Money Laundering in Violation of 18 U.S.C. § 1956(a)(1)(A)(I) and § 1956**

22    107.   Mr. SALYER declines to respond to the entirety of this Paragraph and

23 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

24 Constitution of the United States because a response would require him to provide

25 information that may tend to incriminate him.

26    108.   Mr. SALYER declines to respond to the entirety of this Paragraph and

27 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

28 Constitution of the United States because a response would require him to provide

information that may tend to incriminate him.

109.   Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

110.   Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

### Mail Fraud and Wire Fraud, 18 U.S.C. §§ 1341, 1343

111.   Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

112.   Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

113.   Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

114.   Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the Constitution of the United States because a response would require him to provide information that may tend to incriminate him.

115.   Mr. SALYER declines to respond to the entirety of this Paragraph and hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

1    Constitution of the United States because a response would require him to provide

2    information that may tend to incriminate him.

3        116.    Mr. SALYER declines to respond to the entirety of this Paragraph and

4    hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

5    Constitution of the United States because a response would require him to provide

6    information that may tend to incriminate him.

7                            **FOURTH CLAIM FOR RELIEF**

8                    **(Conspiracy to Violate RICO, 18 U.S.C. § 1962(d))**

9        117.    Mr. SALYER declines to respond to the entirety of this Paragraph and

10   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

11   Constitution of the United States because a response would require him to provide

12   information that may tend to incriminate him.

13       118.    Mr. SALYER declines to respond to the entirety of this Paragraph and

14   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

15   Constitution of the United States because a response would require him to provide

16   information that may tend to incriminate him.

17       119.    Mr. SALYER declines to respond to the entirety of this Paragraph and

18   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

19   Constitution of the United States because a response would require him to provide

20   information that may tend to incriminate him.

21       120.    Mr. SALYER declines to respond to the entirety of this Paragraph and

22   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

23   Constitution of the United States because a response would require him to provide

24   information that may tend to incriminate him.

25       121.    Mr. SALYER declines to respond to the entirety of this Paragraph and

26   hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

27   Constitution of the United States because a response would require him to provide

28   information that may tend to incriminate him.

1

**FIFTH CLAIM FOR RELIEF**

2

**(Common Law Unfair Competition and Unfair Competition**

3

**Pursuant to Cal. Bus. & Prof. Code § 17200)**

4   122. Mr. SALYER declines to respond to the entirety of this Paragraph and

5 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

6 Constitution of the United States because a response would require him to provide

7 information that may tend to incriminate him.

8   123. Mr. SALYER declines to respond to the entirety of this Paragraph and

9 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

10 Constitution of the United States because a response would require him to provide

11 information that may tend to incriminate him.

12   124. Mr. SALYER declines to respond to the entirety of this Paragraph and

13 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

14 Constitution of the United States because a response would require him to provide

15 information that may tend to incriminate him.

16   125. Mr. SALYER declines to respond to the entirety of this Paragraph and

17 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

18 Constitution of the United States because a response would require him to provide

19 information that may tend to incriminate him.

20   126. Mr. SALYER declines to respond to the entirety of this Paragraph and

21 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

22 Constitution of the United States because a response would require him to provide

23 information that may tend to incriminate him.

24   127. Mr. SALYER declines to respond to the entirety of this Paragraph and

25 hereby asserts his right against self-incrimination pursuant to the Fifth Amendment to the

26 Constitution of the United States because a response would require him to provide

27 information that may tend to incriminate him.

28 ///

1   **PRAYERS FOR RELIEF (Complaint, PAGES 31-35)**

2       Plaintiffs' prayers for relief state legal conclusions, to which no response is

3   required, and Plaintiffs' prayers for relief are put at issue and contested by this answer.

4   Mr. SALYER declines to respond further to the entirety of these Paragraphs and hereby

5   asserts his right against self-incrimination pursuant to the Fifth Amendment to the

6   Constitution of the United States because a response would require him to provide

7   information that may tend to incriminate him.

8       WHEREFORE, Mr. SALYER prays that Plaintiffs take nothing by reason of the

9   Complaint or any of the allegations or claims set forth therein.

10

11   **JURY TRIAL DEMAND**

12       Defendant SCOTT SALYER hereby demands a jury trial as provided by Rule 38 of

13   the Federal Rules of Civil Procedure.

14

15   Dated:  March 24, 2010                    Respectfully submitted,

16                                    **SEGAL & KIRBY LLP**

17

                        By:    /s/ Malcolm S. Segal

18                                 _____

                              MALCOLM S. SEGAL

19                                 JAMES P. MAYO

                              Attorneys for Defendant

20                                 SCOTT SALYER

21

22

23

24

25

26

27

28

DEFENDANT SCOTT SALYER'S ANSWER TO FIRST AMENDED COMPLAINT