Dale C. Campbell, State Bar No. 99173
James Kachmar, State Bar No. 216781
WEINTRAUB GENSHLEA CHEDIAK
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiffs
The Morning Star Packing Company,
Liberty Packing Company, LLC, California
Fruit & Tomato Kitchens, LLC, and
The Morning Star Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership; LIBERTY PACKING COMPANY, LLC, a California limited liability company; CALIFORNIA FRUIT & TOMATO KITCHENS, LLC, a California limited liability company; and THE MORNING STAR COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SK FOODS, L.P., a California limited partnership; SCOTT SALYER, an individual; RANDALL RAHAL, an individual; INTRAMARK USA, INC., a New Jersey corporation; INGOMAR PACKING COMPANY, LLC, a California limited liability compnay; GREG PRUETT, an individual; LOS GATOS TOMATOR PRODUCTS; STUART WOOLF, an individual; ALAN HUEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:09-CV-00208 MCE-EFB<br><br>STIPULATION RE ACCEPTANCE OF SERVICE AND EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit and Tomato Kitchens, LLC and The Morning Star Company (collectively, "Plaintiffs") and defendants Ingomar Packing Company, LLC, Greg Pruett, Los Gatos Tomato Products, and Stuart Woolf ("Defendants"), by and through their respective counsel of record, hereby submit the following stipulation and proposed order pursuant to Local Rule 6-144(a).

WHEREAS, Plaintiffs filed a first amended complaint in the above-captioned case on January 29, 2010;

WHEREAS, on or about March 12, 2010, counsel for Plaintiffs sent a copy of the first amended complaint to counsel for each of the Defendants and requested that each counsel accept service on behalf of their respective clients;

WHEREAS, following receipt of the March 10, 2010 letter from Plaintiffs' counsel, counsel for Plaintiffs and Defendants engaged in informal discussions to resolve the claims asserted by Plaintiffs against Defendants in the first amended complaint;

WHEREAS, counsel for the parties have concluded that Plaintiffs claims against Defendants cannot be resolved as of this time and counsel for the Defendants have agreed to accept service of the first amended complaint and summons on behalf of each of their respective clients with an effective service date of June 7, 2010;

WHEREAS, the parties anticipate that one or more of the Defendants may file a motion under Rule 12 of the Federal Rules of Civil Procedure in response to the first amended complaint;

WHEREAS, counsel for the parties have agreed to extend the time for the Defendants to respond to the first amended complaint and, in the event that any response is by way of a Rule 12 motion, that Plaintiffs shall have additional time in which to file an opposition to such motion(s); and

WHEREAS, this is the first extension of time to respond to the first amended

PDF created with pdfFactory trial version www.pdffactory.com

1  complaint agreed to by Plaintiffs and Defendants in this matter.

2  THEREFORE, Plaintiffs and Defendants, by and through their respective
3  counsel of record, hereby stipulate as follows:

4  1.  Defendants shall agree to accept service of process including the
5  summons and first amended complaint in this matter through their respective
6  counsel of record with an effective date of such service being June 7, 2010;

7  2.  Defendants shall file and serve a response to the first amended
8  complaint on or before August 9, 2010; and

9  3.  To the extent that one or more Defendants responds to the first
10 amended complaint by filing a motion under Rule 12 of the FRCP, the hearing of
11 such motion shall be set for a hearing date sufficient to allow Plaintiffs no less than
12 45 days in which to file an opposition to such motion(s).

13 IT IS SO STIPULATED.

14 Dated:  July 22, 2010        WEINTRAUB GENSHLEA CHEDIAK
                                Law Corporation

16                              By:   /s/ - James Kachmar

                                James Kachmar
                                Attorneys for Plaintiffs
18                              The Morning Star Packing Company,
                                Liberty Packing Company, LLC,
19 California
                                Fruit & Tomato Kitchens, LLC, and
20                              The Morning Star Company

22 Dated:  July 22, 2010        BINGHAM McCUTCHEN

24                              By:   /s/ - Stephen Zovickian
                                Stephen Zovickian
                                Attorneys for Defendant Ingomar
25                              Packing Company

26
27 Dated:  July 22, 2010        RAMSEY & EHRLICH, LLP

28                              By:   /s/ - Miles Ehrlich

{1211421.DOC;}                  3       Stip. and [Proposed] Order re: Acceptance of
                                        Service and Ext. of Time to Respond to First
                                        Amended Cmplt.

PDF created with pdfFactory trial version www.pdffactory.com

Miles Ehrlich
Attorneys for Defendant Greg Pruett

Dated: July 22, 2010      GIBSON, DUNN & CRUTCHER

By:    /s/ - George A. Nicoud III

George A. Nicoud III
Attorneys for Defendant Los Gatos Tomato Products

Dated: July 22, 2010      COLETT, ERICKSON, FARMER & O'NEILL, LLP

By:    /s/ - William S. Farmer
Williams S. Farmer
Attorneys for Defendant Stuart Woolf

ORDER

IT IS SO ORDERED.

Dated: July 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com