GIBSON, DUNN & CRUTCHER LLP
Joel S. Sanders, SBN 107234,
JSanders@gibsondunn.com
George A. Nicoud III, SBN 106111,
TNicoud@gibsondunn.com
Enrique A. Monagas, SBN 239087,
EMonagas@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
Los Gatos Tomato Products

BINGHAM McCUTCHEN LLP
Stephen Zovickian (SBN 78697)
stephen.zovickian@bingham.com
Frank M. Hinman (SBN 157402)
frank.hinman@bingham.com
David C. Beach (SBN 226972)
duff.beach@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendant
Ingomar Packing Company

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| The Morning Star Packing Company, et al. | No. 2:09-CV-00208-MCE-EFB |
| Plaintiffs, | **STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| v. | |
| SK Foods, L.P., et al. | |
| Defendants. | |

Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit and Tomato Kitchens, LLC and The Morning Star Company (collectively, "Plaintiffs") and defendants Ingomar Packing Company, LLC, Greg Pruett, Los Gatos Tomato Products, and Stuart Woolf ("Defendants"), by and through their respective counsel of record, hereby submit the following stipulation and proposed order pursuant to Local Rule 144(a).

WHEREAS, Plaintiffs filed a second amended complaint in the above-captioned case on December 6, 2010;

WHEREAS, the parties anticipate that one or more of Defendants may file a motion under Rule 12 of the Federal Rules of Civil Procedure in response to the second amended complaint;

WHEREAS, counsel for the parties have agreed to extend the time for Defendants to respond to the second amended complaint and, in the event that any response is by way of a Rule 12 motion, that Plaintiffs shall have additional time in which to file an opposition to such motion(s); and

WHEREAS, this is the first extension of time to respond to the second amended complaint agreed to by Plaintiffs and Defendants in this matter.

THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. Defendants shall file and serve a response to the second amended complaint on or before Friday, January 21, 2011; and

2. To the extent that one or more Defendants responds to the second amended complaint by filing a motion under Rule 12 of the FRCP, the hearing of such motion shall be set for a hearing date sufficient to allow Plaintiffs no less than 45 days in which to file an opposition to such motion(s).

IT IS SO STIPULATED.

///
///
///

Dated: December 22, 2010              **WEINTRAUB GENSHLEA CHEDIAK**

                                      Law Corporation

                                      By:     /s/ - James Kachmar
                                              James Kachmar
                                              Attorneys for Plaintiffs


Dated: December 22, 2010              **BINGHAM McCUTCHEN**

                                      By:     /s/ - Stephen Zovickian
                                              Stephen Zovickian
                                              Attorneys for Defendant
                                              Ingomar Packing Company


Dated: December 22, 2010              **RAMSEY & EHRLICH, LLP**

                                      By:     /s/ - Miles Ehrlich
                                              Miles Ehrlich
                                              Attorneys for Defendant Greg Pruett


Dated: December 22, 2010              **GIBSON, DUNN & CRUTCHER**

                                      By:     /s/ - George A. Nicoud III
                                              George A. Nicoud III
                                              Attorneys for Defendant
                                              Los Gatos Tomato Products


Dated: December 22, 2010              **COLETT, ERICKSON, FARMER & O'NEILL, LLP**

                                      By:     /s/ - William S. Farmer
                                              William S. Farmer
                                              Attorneys for Defendant Stuart Woolf


                                      **ORDER**

        IT IS SO ORDERED.

    Dated:  January 13, 2011

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE