GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
*JSanders@gibsondunn.com*
GEORGE A. NICOUD III, SBN 106111
*TNicoud@gibsondunn.com*
ENRIQUE A. MONAGAS, SBN 239087
*EMonagas@gibsondunn.com*
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendant
LOS GATOS TOMATO PRODUCTS

COLLETTE ERICKSON FARMER & O'NEILL LLP
WILLIAM FARMER, SBN 46694
*WFarmer@collette.com*
235 Pine Street, Suite 1300
San Francisco, CA  94104
Telephone: (415) 788-4646
Facsimile: (415) 788-6929

Attorneys for Defendant
STUART WOOLF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SK FOODS, L.P., et al., <br><br> Defendants. | CASE NO. 2:09-CV-00208-KJM-EFB <br><br> **STIPULATION AND ORDER RE EXTENSION OF TIME TO ANSWER THE SECOND AMENDED COMPLAINT** |

Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit and Tomato Kitchens, LLC and The Morning Star Company (collectively, "Plaintiffs") and defendants Los Gatos Tomato Products and Stuart Woolf (collectively, "Defendants"), by and through their respective counsel of record, hereby submit the following stipulation and proposed order pursuant to Local Rule 144(a).

WHEREAS, Plaintiffs filed a second amended complaint in the above-captioned case on December 6, 2010;

WHEREAS, counsel stipulated to an initial extension of time to respond to the second amended complaint on December 22, 2010, which was followed by briefing on a motion to dismiss;

WHEREAS, on September 30, 2011, the Court issued an order denying Defendants' motion to dismiss the second amended complaint, which makes Defendants' answer currently due on or before October 14, 2011;

WHEREAS, counsel for the parties have agreed to and hereby stipulate for a second time to extend the time for Defendants to answer the second amended complaint;

THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate as follows:

Defendants shall file and serve an answer to the second amended complaint on or before Friday, October 28, 2011.

IT IS SO STIPULATED.

///
///
///
///
///
///

Dated: October 14, 2011           WEINTRAUB GENSHLEA CHEDIAK
                                  Law Corporation

                                  By:     /s/ - Dale Campbell
                                          Dale Campbell
                                          Attorneys for Plaintiffs
                                          The Morning Star Packing Company,
                                          Liberty Packing Company, LLC,
                                          California Fruit & Tomato Kitchens, LLC,
                                          and The Morning Star Company

Dated: October 14, 2011           GIBSON, DUNN & CRUTCHER

                                  By:     /s/ - George A. Nicoud III
                                          George A. Nicoud III
                                          Attorneys for Defendant
                                          Los Gatos Tomato Products

Dated: October 14, 2011           COLLETTE ERICKSON FARMER &
                                  O'NEILL LLP

                                  By:     /s/ - William Farmer
                                          William Farmer
                                          Attorneys for Defendant
                                          Stuart Woolf

**ORDER**

IT IS SO ORDERED.

**Date: 10/24/2011**

_____
UNITED STATES DISTRICT JUDGE