Dale C. Campbell, State Bar No. 99173
James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email:  dcampbell@weintraub.com
Email:  jkachmar@weintraub.com

Attorneys for Plaintiffs The Morning Star Packing Company;
Liberty Packing Company, LLC; California Fruit & Tomato Kitchens, LLC;
and The Morning Star Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SK FOODS, L.P., a California limited partnership; et al., <br><br> Defendants. | Case No. 2:09-CV-00208 KJM-EFB <br><br> **[PROPOSED]** ORDER DENYING DEFENDANT INGOMAR PACKING COMPANY, LLC'S MOTION TO COMPEL A RESPONSE TO INTERROGATORY NO. 7 <br><br> Hearing Date:    May 21, 2014 <br> Time:        10:00 a.m. <br> Courtroom:   8 |

Defendant Ingomar Packing Company, LLC's Motion to Compel a Response to Interrogatory No. 7 (Dckt. # 166) came on for hearing on Wednesday, May 21, 2014, at 10:00 a.m. in Courtroom 8 of the above-entitled Court, the Honorable Edmund F. Brennan, Magistrate Judge presiding.  James Kachmar of Weintraub Tobin Chediak Coleman Grodin appeared on behalf of Plaintiffs.  Kyle Zipes of Bingham McCutchen LLP appeared on behalf of Defendant Ingomar Parking Company, LLC.  Charles Jaeger of

Farmer Brownstein Jaeger LLP appeared on behalf of Defendants Stuart Woolf and Los Gatos Tomato Products.

After consideration and for the reasons as stated on the record, Defendant Ingomar Packing Company, LLC's Motion to Compel a Response to Interrogatory No. 7 (Dckt #166) is DENIED.

**IT IS SO ORDERED.**

Dated: June 2, 2014.

_____
Honorable Edmund F. Brennan
U.S. Magistrate Judge

**APPROVED AS TO FORM:**

BINGHAM MCCUTCHEN LLP

By:        /s/ - Kyle M. Zipes
           Kyle M. Zipes

           Attorneys for Defendant
           Ingomar Packing Company, LLC