BINGHAM MCCUTCHEN LLP
Stephen Zovickian (SBN 78697)
stephen.zovickian@bingham.com
Sujal Shah (SBN 215230)
sujal.shah@bingham.com
Kyle Zipes (SBN 251814)
kyle.zipes@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Defendant
Ingomar Packing Company

RAMSEY & EHRLICH LLP
Miles Ehrlich (SBN 237954)
miles@ramsey-ehrlich.com
803 Hearst Avenue
Berkeley, CA  94710
Telephone: (510)548-3600
Facsimile: (510)291-3060

Attorneys for Defendant
Greg Pruett

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| The Morning Star Packing Company, et al., | No. 2:09-CV-00208-KJM-EFB |
| Plaintiffs, | **STIPULATION AND ORDER RE EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |
| v. | |
| S.K. Foods, L.P., et al. | |
| Defendants. | |

Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit and Tomato Kitchens, LLC and The Morning Star Company (collectively, "Plaintiffs") and defendants Ingomar Packing Company, LLC ("Ingomar"), Greg Pruett, Los Gatos Tomato Products ("Los Gatos"), and Stuart Woolf (collectively "Defendants") by and through their respective counsel of record, hereby submit the following stipulation and proposed order to extend the discovery deadline in this action pursuant to Local Rule 144(a).

WHEREAS, the parties have continued to take discovery in this action but both agree that the process is taking longer than previously expected;

WHEREAS, the Court has granted two previous extensions of the parties' discovery and dispositive motion deadlines by between 120 and 122 days; and

WHEREAS, Plaintiffs and Defendants have met to explore the possibility of a negotiated resolution of this litigation, and have determined that the prospects for reaching such a resolution, as well as the prospects for conducting this litigation more efficiently if such a resolution cannot be reached, will be materially increased by further extending the discovery deadlines set in this Court's February 13, 2014 Minute Order;

THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline to complete all non-expert related discovery shall be extended ninety (90) days to December 8, 2014.

2. The deadline for the Court to hear disputes related to discovery shall be extended ninety-seven (97) days to January 16, 2015.

3. The deadline for Plaintiffs to complete expert disclosures under Rule 26 of the Federal Rules of Civil Procedure shall be extended ninety-seven (97) days to February 23, 2015.

4. The deadline for Defendants to complete expert disclosures under Rule 26 of the Federal Rules of Civil Procedure shall be extended ninety-six (96) days to April 2, 2015.

5. The deadline for parties who previously disclosed an expert to submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an

expert designated by an adverse party, if the party supplementing an expert witness has not previously retained an expert to testify on that subject, and to submit an accompanying written report shall be extended ninety-six (96) days to May 7, 2015.

6. The deadline to complete all expert discovery shall be extended ninety-six (96) days to July 16, 2015.

7. The deadline to file all dispositive motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be extended one hundred and two (102) days to August 31, 2015.  For the Court's convenience, the parties include the below table of the stipulated revised deadlines.

| Event | Current Deadline | Stipulated and Proposed New Deadline |
| --- | --- | --- |
| Discovery Deadline | 9/8/2014 | 12/8/2014 |
| Discovery Dispute Deadline | 10/10/2014 | 1/16/2015 |
| Plaintiff's expert disclosures due | 11/17/2014 | 2/23/2015 |
| Defendants' expert disclosures due | 12/26/2014 | 4/2/2015 |
| Supplemental Expert List Due | 1/30/2015 | 5/7/2015 |
| Expert Discovery Deadline | 4/10/2015 | 7/16/2015 |
| Dispositive Motion Deadline | 5/20/2015 | 8/31/2015 |

The court considers these dates firm.

**IT IS SO ORDERED.**

Dated:  July 31, 2014.

_____
UNITED STATES DISTRICT JUDGE

Stipulated to and approved by:

DATED: July 31, 2014        BINGHAM McCUTCHEN LLP

By: <u>/s/ - Stephen Zovickian</u>
Stephen Zovickian
Attorneys for Defendant
Ingomar Packing Company

DATED: July 31, 2014        RAMSEY & EHRLICH, LLP

By: <u>/s/ - Miles Ehrlich (as authorized on 7/15/2014)</u>
Miles Ehrlich
Attorneys for Defendant Greg Pruett

DATED: July 31, 2014        FARMER BROWNSTEIN JAEGER, LLP

By: <u>/s/ - Charles Ralph Jaeger (as authorized on 7/15/2014)</u>
Charles Ralph Jaeger
Attorneys for Defendants Los Gatos Tomato Products

DATED: July 31, 2014        FARMER BROWNSTEIN JAEGER LLP

By: <u>/s/ - Charles Ralph Jaeger (as authorized on 7/15/2014)</u>
Charles Ralph Jaeger
Attorneys for Defendant Stuart Woolf

DATED: July 31, 2014        WEINTRAUB GENSHLEA CHEDIAK LAW CORPORATION

By: <u>s/ - James Kachmar (as authorized on 7/15/2014)</u>
James Kachmar
Attorneys for Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit and Tomato Kitchens, LLC and The Morning Star Company