UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, et al., | No. 2:09-cv-208-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| S.K. FOODS, L.P., et al., | |
| Defendants. | |

On December 3, 2014, this matter was before the court for further hearing on plaintiffs' motion to allow additional depositions. ECF No. 207. Attorney James Kachmar appeared on behalf of plaintiffs. Attorney Charles Jaeger appeared on behalf of defendants Los Gatos Tomato Products and Stuart Woolf.

At the hearing, the parties represented that they had resolved their discovery dispute. Accordingly, plaintiffs' motion to allow additional depositions is moot and therefore denied.

DATED: December 3, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE