UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, et al., | No. 2:09-cv-208-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| S.K. FOODS, L.P., et al., | |
| Defendants. | |

On December 3, 2014, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within seven days.  No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed December 3, 2014, are ADOPTED;

/////

1

2. The June 21, 2013, Status (Pretrial Scheduling) Order (ECF No. 148) is modified, and the discovery deadlines are extended to February 11, 2015 for the limited purpose of resolving plaintiffs' October 28, 2014 motion to compel; and

3. The government is provided until January 30, 2015, to submit an amicus brief addressing any legal impediments to disclosing any documents in its possession that are responsive to plaintiffs' discovery requests.

DATED: December 15, 2014.

_____
UNITED STATES DISTRICT JUDGE