WILLIAM S. FARMER (State Bar No. 46694)
CHARLES R. JAEGER (State Bar No. 171039)
FARMER BROWNSTEIN JAEGER LLP
235 Pine Street, Suite 1300
San Francisco CA 94104
Telephone: (415) 795-2050
Email: wfarmer@fbj-law.com
       cjaeger@fbj-law.com

Attorneys for Defendants
LOS GATOS TOMATO PRODUCTS
And STUART WOOLF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>S.K. FOODS, L.P., a California limited partnership, et al.<br><br>         Defendants. | No. 2:09-CV-00208-KJM-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF HEARING DATE FOR MOTION TO QUASH LOS GATOS TOMATO PRODUCTS' DEPOSITION AND DOCUMENT SUBPOENAS** |

    Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit and Tomato Kitchens, LLC and The Morning Star Company (collectively, "Plaintiffs") and defendant Los Gatos Tomato Products ("Los Gatos") by and through their respective counsel of record, hereby submit the following stipulation and proposed order to extend the hearing date for Plaintiffs' Motion to Quash Los Gatos Tomato Products' Deposition and Document Subpoenas (the "Motion").

    WHEREAS, on November 24, 2014, Plaintiffs filed the Motion and noticed a hearing for January 7, 2015;

WHEREAS, the current hearing date would require the respective parties to file briefs on Christmas Eve (December 24, 2014) and New Year's Eve (December 31, 2014); and

WHEREAS, the deadline for the Court to hear discovery disputes is January 16, 2015.

THEREFORE, Plaintiffs and Los Gatos, by and through their respective counsel of record, hereby stipulate as follows:

The hearing date for Plaintiffs' Motion to Quash Los Gatos Tomato Products' Deposition and Document Subpoenas **is CONTINUED** from January 7, 2015 to January 14, 2015.

**IT IS SO ORDERED.**

Dated:  December 29, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Stipulated to and approved by:**

DATED:  December 29, 2014        FARMER BROWNSTEIN JAEGER, LLP

By:  /s/ - Charles Jaeger_____
        Charles Jaeger
    Attorneys for Defendant Los Gatos Tomato Products


DATED:  December 29, 2014        WEINTRAUB GENSHLEA CHEDIAK LAW CORPORATION

By:   s/ - James Kachmar
        James Kachmar
    Attorneys for Plaintiffs The Morning Star Packing
    Company, Liberty Packing Company, LLC, California
    Fruit and Tomato Kitchens, LLC and The Morning Star
    Company

**ATTESTATION:**  The filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

DATED:  December 23, 2014                */s/ Charles Jaeger*

STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION OF HEARING DATE FOR MOTION TO QUASH LOS GATOS TOMATO PRODUCTS' DEPOSITION AND DOCUMENT SUBPOENAS