UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, et al., | No. 2:09-cv-208-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| S.K. FOODS, L.P., et al., | |
| Defendants. | |

On December 23, 2014, plaintiffs filed a motion to compel defendants Stuart Woolf and Los Gatos Tomato Products to respond to plaintiffs' discovery requests. ECF No. 223. That motion was noticed for hearing on January 14, 2015. *Id*. Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date. E.D. Cal. L.R. 251(a). Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id*.

Although the deadline has passed, the docket reveals that no Joint Statement re Discovery Disagreement has been filed in connection with plaintiffs' motion to compel. Therefore, that

/////

/////

1

motion, ECF No. 223, is denied without prejudice and the January 14, 2015 hearing thereon is vacated.

SO ORDERED.

DATED: January 8, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE