Dale C. Campbell, State Bar No. 99173
James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: dcampbell@weintraub.com
Email: jkachmar@weintraub.com

Attorneys for Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SK FOODS, L.P., a California limited partnership; et al. <br><br> Defendants. | Case No. 2:09-CV-00208 KJM-EFB <br><br> **STIPULATION AND ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES** <br><br> Complaint Filed: January 22, 2009 <br> Trial Date: No trial date set. |

Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively referred to as "Plaintiffs"); Defendants Ingomar Packing Company, LLC and Greg Pruett (collectively the "Ingomar Defendants") and Defendant Scott Salyer, by and through their counsel of record, hereby submit the following stipulation and [proposed] Order:

\ \ \

\ \ \

1  WHEREAS, on June 14, 2017, the Court in its Order on certain defendants' motions for summary judgment set a final pretrial conference in this matter for August 11, 2017, with the remaining parties to file a joint final pre-trial statement due no later than July 28, 2017 (See Order, Dkt. #304, at p. 23.);

WHEREAS, previously on January 11, 2017, the Court had granted in part Plaintiffs' motion to reopen discovery (see Dkt. # 298) in which the Court ordered that certain limited discovery be permitted with a discovery "cutoff date of 180 days <u>from the date of the Court's filing of its order on summary judgment</u>...." (See Order, Dckt. #304, at p.13.);

WHEREAS, in accordance with the Court's January 11, 2017 Order, the Parties have calendared December 11, 2017, as the cutoff date for the limited discovery period permitted by that Order and Morning Star intends to propound interrogatories and document requests to Defendant Scott Salyer as well as take his deposition within the time frame set by the Court's Order;

WHEREAS, given that discovery remains open in this matter for another five months pursuant to the Court's January 11, 2017 Order, the Parties cannot be able to present the Court with a "final" joint pre-trial statement by July 28, 2017, and believe that it will be more efficient and economical, as well as preserving judicial resources, to allow the Parties to ensure that discovery is completed before having to prepare the joint final pre-trial statement and/or attend of the final pretrial conference.

THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate as follows:

1.  The Parties request that the final pretrial conference be continued to the first available court date no earlier than 60 days after the December 11, 2017 closing of the limited discovery period, with the required joint final pre-trial statement due 14 days before the new conference date.

\ \ \

\ \ \

\ \ \

**IT IS SO STIPULATED.**

Dated: July 11, 2017                    **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
Law Corporation

By:    /s/ - James Kachmar
           James Kachmar

Attorneys for Plaintiffs
The Morning Star Packing Company,
Liberty Packing Company, LLC, California
Fruit & Tomato Kitchens, LLC, and
The Morning Star Company

Dated:  July 11, 2017                   SEGAL & ASSOCIATES, PC

By:    /s/ Malcom Segal
           Malcolm Segal

Attorneys for Defendant Scott Salyer

Dated:  July 11, 2017                   MORGAN, LEWIS & BOCKIUS LLP

By:    /s/ - Sujal J. Shah
           Sujal J. Shah

Attorneys for Defendant
Ingomar Packing Company

Dated:  July 11, 2017                   RAMSEY & EHRLICH LLP

By:    /s/ Miles Ehrlich
           Miles Ehrlich

Attorneys for Defendant Greg Pruett

IT IS SO ORDERED.  The Parties request that the final pretrial conference be continued is granted.  The final pretrial conference set for August 11, 2017 is vacated and reset for **February 23, 2018 at 10:00** a.m. in Courtroom # 3.  The parties shall confer and file a joint pretrial conference statement by **February 2, 2018**.

DATED: July 14, 2017

_____
UNITED STATES DISTRICT JUDGE