| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Donn P. Pickett (SBN 72257) |
| 2 | donn.pickett@morganlewis.com |
| | Sujal J. Shah (SBN 215230) |
| 3 | sujal.shah@morganlewis.com |
| 4 | One Market, Spear Street Tower |
| | San Francisco, California 94105-1596 |
| 5 | Telephone: 415.442.1000 |
| | Facsimile: 415.442.1001 |
| 6 | |
| 7 | Attorneys for Defendant |
| | Ingomar Packing Company, LLC |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership; et al., | CASE NO. 2:09-CV-00208 KJM-EFB |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR RECONSIDERATION OF THE COURT'S SUMMARY JUDGMENT ORDER** |
| v. | |
| SK FOODS, L.P., a California limited partnership; et al., | **Current Date: September 8, 2017**<br>**Requested New Date: November 17, 2017**<br>**Time: 10:00 a.m.** |
| Defendants. | **Courtroom: 3, 15th Floor**<br>**Judge: Kimberly J. Mueller** |
| | Complaint Filed: January 22, 2009<br>Trial Date: No Trial Date Set |

Defendants Ingomar Packing Company, LLC and Greg Pruett (collectively the "Ingomar Defendants") and Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company

---

**STIPULATION AND ORDER TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S SUMMARY JUDGMENT ORDER**

CASE NO. 2:09-CV-00208 KJM-EFB

(collectively, "Plaintiffs"), by and through their respective counsel of record, hereby submit the following stipulation and proposed order pursuant to Local Rule 230(f) of the U.S. District Court, Eastern District of California.

WHEREAS, on July 12, 2017 (Dkt. 306), Plaintiffs filed a Motion for Reconsideration of the Court's Summary Judgment Order entered on June 14, 2017 (Dkt. 304) (hereinafter, the "Motion"), and parties later stipulated, and the Court approved, that the hearing for the Motion be set for September 8, 2017 at 10:00 a.m. before this Court;

WHEREAS, Plaintiffs and the Ingomar Defendants are currently engaged in settlement discussions;

WHEREAS, a settlement between Plaintiffs and the Ingomar Defendants will moot the Motion as it applies to the Ingomar Defendants;

WHEREAS, continuing the hearing to allow for settlement discussions between Plaintiffs and the Ingomar Defendants is in the interest of judicial economy and will conserve judicial and party resources;

WHEREAS, having a single hearing on the Motion is also in the interest of judicial economy and will conserve judicial and party resources;

WHEREAS, counsel for Los Gatos Tomato Products and Stuart Woolf (the "Los Gatos Defendants") has indicated that the Los Gatos Defendants take no position on this stipulation;

WHEREAS, subject to court approval, Plaintiffs and the Ingomar Defendants have agreed to continue the September 8, 2017 hearing to November 17, 2017

WHEREAS, the Los Gatos Defendants do not oppose such a continuance;

WHEREAS, consistent with the proposed November 17, 2017 hearing date, the parties have also agreed to a briefing schedule for the Motion.

THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate as follows:

**STIPULATION AND ORDER TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S SUMMARY JUDGMENT ORDER**

CASE NO. 2:09-CV-00208 KJM-EFB

1. The current September 8, 2017 hearing date scheduled for the Motion for Reconsideration of the Court's Summary Judgment Order shall be continued to November 17, 2017 at 10:00 a.m.

2. The deadline for the Los Gatos Defendants and the Ingomar Defendants to file and serve an opposition to the Motion shall be no later than October 27, 2017;

3. The deadline for Plaintiffs to file and serve a Reply to the opposition to the Motion shall be on or before November 10, 2017.

**IT IS SO STIPULATED:**

Dated: August 14, 2017              **MORGAN LEWIS AND BOCKIUS, LLP**

                                    By:   /s/ Sujal Shah
                                          Sujal Shah
                                          Attorneys for Defendant
                                          Ingomar Packing Company

Dated: August 14, 2017              **RAMSEY & EHRLICH LLP**

                                    By:   /s/ Miles Ehrlich (as authorized on August 11, 2017)
                                          Miles Ehrlich
                                          Attorneys for Defendant Gregory R. Pruett

Dated: August 14, 2017              **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN** Law Corporation

                                    By: /s/ Dale C. Campbell (as authorized on August 11, 2017)
                                          Dale C. Campbell
                                          Attorneys for All Plaintiffs

**IT IS SO ORDERED.**

Dated: August 16, 2017.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

---

**STIPULATION AND ORDER TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S SUMMARY JUDGMENT ORDER**

CASE NO. 2:09-CV-00208 KJM-EFB