Dale C. Campbell, State Bar No. 99173
James Kachmar, State Bar No. 216781
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: dcampbell@weintraub.com
Email: jkachmar@weintraub.com

Attorneys for Plaintiffs The Morning Star Packing Company,
Liberty Packing Company, LLC, California Fruit & Tomato
Kitchens, LLC, and The Morning Star Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership; LIBERTY PACKING COMPANY, LLC, a California limited liability company; CALIFORNIA FRUIT & TOMATO KITCHENS, LLC, a California limited liability company; and THE MORNING STAR COMPANY, a California corporation,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SK FOODS, L.P., a California limited partnership; SCOTT SALYER, an individual; RANDALL RAHAL, an individual; INTRAMARK USA, INC., a New Jersey corporation; INGOMAR PACKING COMPANY, LLC, a California limited liability company; GREG PRUETT, an individual; LOS GATOS TOMATO PRODUCTS; STUART WOOLF, an individual; ALAN HUEY, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:09-CV-00208 KJM-EFB<br><br>**NOTICE OF STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AS TO ONLY DEFENDANTS INGOMAR PACKING COMPANY, LLC AND GREG PRUETT**<br><br>**AND ORDER**<br><br>Complaint Filed: January 22, 2009<br>Trial Date: No trial date set |

Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC,

1  California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively, "Plaintiffs") and defendant Ingomar Packing Company, LLC and defendant Greg Pruett (collectively, the "Ingomar Defendants"), by and through their attorneys of record, file this stipulation and proposed order of dismissal with prejudice of only the Ingomar Defendants pursuant to Federal Rules of Civil Procedure, rule 41(a)(2).

Plaintiffs filed their First Amended Complaint on January 29, 2010, naming the Ingomar Defendants as additional defendants. Plaintiffs filed a Second Amended Complaint on December 6, 2010. The Ingomar Defendants answered the Second Amended Complaint on November 4, 2011.

On or about February 15, 2018, Plaintiffs and the Ingomar Defendants entered into a confidential settlement agreement resolving all disputes between them. In accordance with the terms and conditions of that confidential settlement agreement, Plaintiffs and the Ingomar Defendants hereby stipulate and request that only the Ingomar Defendants be dismissed with prejudice in the above-entitled action pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs and the Ingomar Defendants further stipulate that each side shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  March 8, 2018  **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By:   /s/ Dale C. Campbell
      Dale C. Campbell, SBN 99173

Attorneys for Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company

Dated:  March 8, 2018  **MORGAN, LEWIS & BOCKIUS LLP**

Dated:  March 8, 2018      **RAMSEY & EHRLICH LLP**

By: /s/ Miles F. Ehrlich
    Miles F. Ehrlich, SBN 237954

Attorneys for Defendant Greg Pruett

## ORDER

Having reviewed the above Stipulated Request for Dismissal with Prejudice by Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively, "Plaintiffs") and defendant Ingomar Packing Company, LLC and defendant Greg Pruett, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' action as to only defendant Ingomar Packing Company, LLC and defendant Greg Pruett is dismissed with prejudice.  Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  March 13, 2018.

_____
UNITED STATES DISTRICT JUDGE