| | |
|---|---|
| 1 | Dale C. Campbell, State Bar No. 99173 |
| 2 | James Kachmar, State Bar No. 216781 |
|   | **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN** |
| 3 | Law Corporation |
|   | 400 Capitol Mall, 11th Floor |
| 4 | Sacramento, California 95814 |
|   | (916) 558-6000 – Main |
| 5 | (916) 446-1611 – Facsimile |
|   | Email: dcampbell@weintraub.com |
| 6 | Email: jkachmar@weintraub.com |

Attorneys for Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership; LIBERTY PACKING COMPANY, LLC, a California limited liability company; CALIFORNIA FRUIT & TOMATO KITCHENS, LLC, a California limited liability company; and THE MORNING STAR COMPANY, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SK FOODS, L.P., a California limited partnership; SCOTT SALYER, an individual; RANDALL RAHAL, an individual; INTRAMARK USA, INC., a New Jersey corporation; INGOMAR PACKING COMPANY, LLC, a California limited liability company; GREG PRUETT, an individual; LOS GATOS TOMATO PRODUCTS; STUART WOOLF, an individual; ALAN HUEY, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:09-CV-00208 KJM-EFB<br><br>**NOTICE OF STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AS TO ONLY DEFENDANTS RANDALL RAHAL AND INTRAMARK USA, INC.**<br><br>**AND ORDER**<br><br><br>Complaint Filed: January 22, 2009<br>Trial Date: No trial date set |

　　　Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively,

"Plaintiffs") and defendants Randall Rahal and Intramark USA, Inc. (collectively, the "Rahal Defendants"), by and through their attorneys of record, file this stipulation and proposed order of dismissal with prejudice of only the Rahal Defendants pursuant to Federal Rules of Civil Procedure, rule 41(a)(2).

Plaintiffs filed their Complaint on January 22, 2009, naming the Rahal Defendants and others as defendants. On or about November 6, 2009, Plaintiffs and the Rahal Defendants entered into a confidential settlement agreement resolving all disputes between them and which provided that a dismissal with prejudice would be filed upon successful completion of specified conditions precedent. The parties executed a First Amendment to Settlement Agreement and Mutual General Release dated March 18, 2019 (the "Amended Settlement Agreement"). In accordance with the terms and conditions of the Amended Settlement Agreement, Plaintiffs and the Rahal Defendants hereby stipulate and request that only the Rahal Defendants be dismissed with prejudice in the above-entitled action pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs and the Rahal Defendants further stipulate that each side shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 11, 2019    WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
Law Corporation

By: /s/ Dale C. Campbell
    Dale C. Campbell, SBN 99173

Attorneys for Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company

Dated: April 11, 2019    ADAMS BUCHAN & PALO LLC

By: /s/ Christopher Adams
    Christopher Adams

Attorneys for Defendants Randall Rahal and Intramark USA, Inc.

## ORDER

Having reviewed the above Stipulated Request for Dismissal with Prejudice by Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively, "Plaintiffs") and defendant Randall Rahal and defendant Intramark USA, Inc., and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' action as to only defendant Randal Rahall and defendant Intramark USA, Inc. is dismissed with prejudice. Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 19, 2019.

_____
UNITED STATES DISTRICT JUDGE