| | |
|---|---|
| 1 | Dale C. Campbell, State Bar No. 99173 |
| 2 | James Kachmar, State Bar No. 216781 |
| | **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN** |
| | Law Corporation |
| 3 | 400 Capitol Mall, 11th Floor |
| | Sacramento, California 95814 |
| 4 | (916) 558-6000 – Main |
| | (916) 446-1611 – Facsimile |
| 5 | Email: dcampbell@weintraub.com |
| | Email: jkachmar@weintraub.com |

Attorneys for Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership; LIBERTY PACKING COMPANY, LLC, a California limited liability company; CALIFORNIA FRUIT & TOMATO KITCHENS, LLC, a California limited liability company; and THE MORNING STAR COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SK FOODS, L.P., a California limited partnership; SK PM CORPORATION, a California corporation; SCOTT SALYER, an individual; RANDALL RAHAL, an individual; INTRAMARK USA, INC., a New Jersey corporation; INGOMAR PACKING COMPANY, LLC, a California limited liability company; GREG PRUETT, an individual; LOS GATOS TOMATO PRODUCTS; STUART WOOLF, an individual; ALAN HUEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:09-CV-00208 KJM-EFB<br><br>**NOTICE OF STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AS TO ONLY DEFENDANTS SK FOODS L.P. AND SK PM CORPORATION**<br><br>**AND ORDER**<br><br>Complaint Filed: January 22, 2009<br>Trial Date: No trial date set |

/ / /

/ / /

**weintraub tobin** chediak coleman grodin
law corporation

Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively, "Plaintiffs"), and defendants SK Foods, LLP and SK PM Corporation, (collectively "SK Defendants"), by and through Bradley D. Sharp ("Trustee"), the duly appointed and acting chapter 11 trustee for substantively consolidated debtors SK Foods, L.P., and RHM Industrial/Specialty Foods, Inc., which consolidation includes defendant SK PM Corporation , by and through their attorneys of record, file this stipulation and proposed order of dismissal with prejudice of SK Foods, LLP and SK PM Corporation pursuant to Federal Rules of Civil Procedure, rule 41(a)(2).

Plaintiffs filed their Complaint on January 22, 2009, naming SK Foods and others as defendants [Dkt. 1]. On January 29, 2010, Plaintiffs filed a First Amended Complaint adding SK PM Corporation and others as a defendants [Dkt. 100]. On December 6, 2010, Plaintiffs filed a Second Amended Complaint [Dkt. 116].

The action against the SK Defendants was automatically stayed because of the filing of the Notice by Defendant SK Foods, L.P. of Pendency of Chapter 11 Case filed in this matter on May 11, 2009 [Dkt. 75].

Plaintiffs and the Trustee entered into an Amended Agreement for Allowance of Claims by which Plaintiffs and the SK Foods Defendants compromised all claims raised by Plaintiffs in this action against the SK Foods Defendants. Plaintiffs and the Trustee filed a motion to approve the compromise and specifically filed a Notice of Filing Amended Agreement for Allowance of Claims filed in the United States Bankruptcy Court for the Eastern District of California, Sacramento Division, Case No. 09-29162-D-11 and Case No. 09-29161-D-11 ("Bankruptcy Court"), which attached a copy of the Amended Agreement for Allowance of Claims ("Compromise"), a true and correct copy of which is attached hereto as **Exhibit "A."** On January 27, 2011, the Bankruptcy Court issued a Memorandum of Decision approving the Compromise as fair and equitable. A true and correct copy of the Memorandum of Decision is attached hereto as **Exhibit "B."** That same date, the Bankruptcy Court issued its Order granting

/ / /

the motion to approve the Compromise between Plaintiffs and the Trustee. A true and correct copy of the Order is attached hereto as **Exhibit "C."**

In order to fully effectuate the terms of the Compromise, Plaintiffs and Trustee hereby stipulate and request that the claims against the SK Defendants be dismissed with prejudice in the above-entitled action pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure on the terms that the Amended Agreement for Allowance of Claims approved by Order of the Bankruptcy Court dated January 27, 2011, is not affected by the dismissal and remains in full force and effect. Plaintiffs and Trustee further stipulate that each side shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 19, 2019　　**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By:　/s/ Dale C. Campbell
　　　Dale C. Campbell, SBN 99173

Attorneys for Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company

Dated: April 19, 2019　　**NUTI HART LLP**

By:　/s/ Kevin Coleman
　　　Kevin Coleman, SBN 168538

Attorneys for Bradley D. Sharp, Chapter 11 Trustee

weintraub tobin chediak coleman grodin
law corporation

## ORDER

Having reviewed the above Stipulated Request for Dismissal with Prejudice by Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively, "Plaintiffs") and defendants SK Foods, LP and SK PM Corporation, by and through Bradley D. Sharp, Chapter 11 Trustee, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' action as to defendants SK Foods, LP and SK PM Corporation only is dismissed with prejudice and that the Amended Agreement for Allowance of Claims approved by Order of the Bankruptcy Court dated January 27, 2011 is not affected by this dismissal and remains in full force and effect . Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 29, 2019.

_____
UNITED STATES DISTRICT JUDGE