Dale C. Campbell, State Bar No. 99173
James Kachmar, State Bar No. 216781
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email:  dcampbell@weintraub.com
Email:  jkachmar@weintraub.com

Attorneys for Plaintiffs The Morning Star Packing Company,
Liberty Packing Company, LLC, California Fruit & Tomato
Kitchens, LLC, and The Morning Star Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, a California limited partnership; LIBERTY PACKING COMPANY, LLC, a California limited liability company; CALIFORNIA FRUIT & TOMATO KITCHENS, LLC, a California limited liability company; and THE MORNING STAR COMPANY, a California corporation,<br><br>    Plaintiffs,<br><br>   vs.<br><br>SK FOODS, L.P., a California limited partnership; SK PM CORPORATION, a California corporation; SCOTT SALYER, an individual; RANDALL RAHAL, an individual; INTRAMARK USA, INC., a New Jersey corporation; INGOMAR PACKING COMPANY, LLC, a California limited liability company; GREG PRUETT, an individual; LOS GATOS TOMATO PRODUCTS; STUART WOOLF, an individual; ALAN HUEY, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:09-CV-00208 KJM-EFB<br><br>**NOTICE OF STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AS TO ONLY DEFENDANT SCOTT SALYER**<br><br>**AND ORDER**<br><br><br><br>Complaint Filed:  January 22, 2009<br>Trial Date:  No trial date set |

/ / /

/ / /

weintraub **tobin** chediak coleman grodin
law corporation

1      Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC,

2   California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively,

3   "Plaintiffs") and defendant Scott Salyer ("Salyer"), by and through their attorneys of record,

4   file this stipulation and proposed order of dismissal with prejudice of the claims against Salyer

5   only pursuant to Federal Rules of Civil Procedure, rule 41(a)(2).

6      Plaintiffs filed their Complaint on January 22, 2009, naming Salyer and others as

7   defendants.  Dkt. 1.  On January 29, 2010, Plaintiffs filed a First Amended Complaint.  Dkt. 100.

8   On December 6, 2010, Plaintiffs filed a Second Amended Complaint.  Dkt. 116.

9      In accordance with the terms and conditions of a settlement agreement between

10   Plaintiffs and Salyer, the parties hereby stipulate and request that Salyer be dismissed with

11   prejudice in the above-entitled action pursuant to rule 41(a)(2) of the Federal Rules of Civil

12   Procedure.  Plaintiffs and Salyer further stipulate that each side shall bear its own attorneys'

13   fees and costs.

14      IT IS SO STIPULATED.

15                              Respectfully submitted,

16   Dated:  April 29, 2019        **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
                                    Law Corporation
17

18                              By:     /s/ Dale C. Campbell
                                        Dale C. Campbell, SBN 99173
19
                                Attorneys for Plaintiffs The Morning Star Packing
20   Company,
                                Liberty Packing Company, LLC, California Fruit & Tomato
21                              Kitchens, LLC, and The Morning Star Company

22

23   Dated:  April 29, 2019        **SEGAL & ASSOCIATES**

24                              By:     /s/ Malcolm S. Segal
                                        Malcolm S. Segal, SBN 75481
25
                                Attorneys for Defendant Scott Salyer
26

27

28

Having reviewed the above Stipulated Request for Dismissal with Prejudice by Plaintiffs The Morning Star Packing Company, Liberty Packing Company, LLC, California Fruit & Tomato Kitchens, LLC, and The Morning Star Company (collectively, "Plaintiffs") and defendant Scott Salyer, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' action as to defendant Scott Salyer only is dismissed with prejudice.  Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  May 16, 2019.

_____
UNITED STATES DISTRICT JUDGE

weintraub tobin chediak coleman grodin
law corporation